| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mervyn's Holdings, LLC, a Delaware limited liability company** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Mervyn's** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.  (if more than one, state all):<br>**20-1447931** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.  (if more than two, state all):<br>N/A |
| Street Address of Debtor (No. & Street, City, State):<br>**22301 Foothill Boulevard**<br>**Hayward, CA**         95541 | Street Address of Joint Debtor (No. & Street, City, State):<br>N/A |
| County of Residence or of the Principal Place of Business:<br>**Alameda, California** | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>N/A | Mailing Address of Joint Debtor (if different from street address):<br>N/A   ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>N/A         ZIP CODE |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer Debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration.  See Official Form 3B. | Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br><br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding Debts owed to insiders or affiliates) are less than $2,190,000. |

| Statistical/Administrative Information | |
|---|---|
| ☒  Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐  Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | Check all applicable boxes:<br>☐  A plan is being filed with this petition.<br>☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mervyn's Holdings, LLC, a Delaware limited liability company** |
|---|---|

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:     – None – | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: See Attached Rider 1 | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐    Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐   Landlord has a judgment against the debtor for possession of debtor's resident. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): Mervyn's Holdings, LLC, a Delaware limited liability company |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1515 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney**

X ~~(signature)~~
_____
Signature of Attorney for Debtor(s)

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

July 29, 2008
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ~~(signature)~~
_____
Signature of Authorized Individual
Charles R. Kurth
Printed Name of Authorized Individual
Executive Vice President, CFO and CAO
Title of Authorized Individual
July 29, 2008
Date

# RIDER 1

## Pending Bankruptcy Cases Filed by Affiliates of the Debtor:
## Each Concurrently Filed in the United States Bankruptcy Court for the District of Delaware

On the date of this petition, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of their petitions, such entities filed a motion requesting joint administration of their chapter 11 cases.

1. Mervyn's Holdings, LLC, a Delaware limited liability company[1]

2. Mervyn's LLC, a California limited liability company

3. Mervyn's Brands, LLC, a Minnesota limited liability company

---

[1] Mervyn's Holdings, LLC was the first of these affiliates to commence its chapter 11 case.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )    Chapter 11 |
| | ) |
| **MERVYN'S HOLDINGS, LLC,** | )    Case No. 08-_____ (   ) |
| **a Delaware limited liability company** | ) |
| | ) |
| Debtor. | ) |

## LIST OF CREDITORS HOLDING
## THE THIRTY LARGEST UNSECURED CLAIMS

      The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors")[1] each filed a voluntary petition in this Court on July 29, 2008 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtors' thirty largest unsecured creditors on a consolidated basis (the "Top 30 List"), based on the Debtors' books and records as of the Petition Date. The Top 30 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 30 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty largest unsecured claims. The information presented in the Top 30 List shall not constitute an admission by, nor is it binding on, the Debtors. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

| | Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number, Fax Number, and Complete Mailing Address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of Claim (Trade Debt, Bank Loan, Government contract) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (if secured, state value of security) |
|---|---|---|---|---|---|
| 1. | Levi Strauss & Co. | 1155 Battery St. San Francisco, CA 94111 Attn: Robert Hanson, President & Loreen Zakem, President of Levi Wholesale Telephone: (415) 501-4168 and (415) 501-4805 Facsimile: (415) 501-3907 | Trade Debt | | $12,758,951 |

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers for each of the Debtors, are Mervyn's Holdings, LLC (7931), Mervyn's LLC (4456) and Mervyn's Brands, LLC (8850).

| | Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number, Fax Number, and Complete Mailing Address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of Claim (Trade Debt, Bank Loan, Government contract) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (if secured, state value of security) |
|---|---|---|---|---|---|
| 2. | Wicked Fashions | 222 Bruce Reynolds Blvd. Fort Lee, NJ 07024 Attn: David Khyn, President Telephone: (201) 242-5900 Facsimile: (201) 242-8466 | Trade Debt | | $6,054,960 |
| 3. | Nike USA Inc. | One Bowerman Drive Beaverton, OR 97005 Attn: Mark Parker, President Telephone: (800) 344-6453 Facsimile: (503) 671-6374 | Trade Debt | | $4,723,327 |
| 4. | Vans Inc. | 110 Sycamore Ave. Larkspur, CA 94939 Attn: Steve Murray, President Telephone: (888) 691-8889 Facsimile: (714) 889-6776 | Trade Debt | | $2,903,656 |
| 5. | Fashion Resource (TCL) | 3151 East Washington Blvd. Los Angeles, CA 90023 Attn: Gerard Guez, CEO Telephone: (323) 780-8250 Facsimile: (323) 780-0751 | Trade Debt | | $2,652,329 |
| 6. | Hanes Brand-Hanes UW | 1000 East Hanes Mill Road Winston-Salem, NC 27105 Attn: Rich Noll, CEO Telephone: (336) 519-6707 Facsimile: (336) 519-3335 | Trade Debt | | $2,593,847 |
| 7. | Lolly Togs | 100 West 33rd St., Suite 1012 New York, NY 10001-2900 Attn: Richard Sutton, CEO Telephone: (212) 502-6098 Facsimile: (212) 268-5160 | Trade Debt | | $2,578,248 |
| 8. | VF Jeanswear Inc. | P.O. Box 21488 Greensboro, NC 27420 Attn: Bankruptcy Department Telephone: (800) 353-9692 Facsimile: (336) 332-5408 | Trade Debt | | $2,002,818 |
| 9. | Jansport Inc./VF Outdoor | 2011 Fallon Drive San Leandro, CA 94577 Attn: Steve Munn, President Telephone: (510) 614-4030/4000 Facsimile: (510) 614-4025 | Trade Debt | | $1,735,339 |

| | Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number, Fax Number, and Complete Mailing Address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of Claim (Trade Debt, Bank Loan, Government contract) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (if secured, state value of security) |
|---|---|---|---|---|---|
| 10. | Hanes Brand-Playtex | P.O. Box 807<br>Rural Hall, NC 27046<br>Attn: Legal Department<br>Telephone: (336) 519-6034<br>Facsimile: (336) 519-2705 | Trade Debt | | $1,375,829 |
| 11. | Vanity Fair Mills Inc. | 136 Madison Ave.<br>New York, NY 10016<br>Attn: Anne Jardine, President Dept/Chain<br>Telephone: (212) 696-1110<br>Facsimile: (212) 725-5684 | Trade Debt | | $1,288,882 |
| 12. | Agron Inc. | 2440 S. Sepulveda Blvd.<br>Los Angeles, CA 90064<br>Attn: Legal Dept<br>Telephone: (310) 473-7223<br>Facsimile: (310) 312-1753 | Trade Debt | | $1,269,258 |
| 13. | Mattel Inc. | 333 Continental Blvd.<br>El Segundo, CA 90245<br>Attn: Robert Eckert, Chairman of the Board/CEO and Carol Levine, VP<br>Telephone: (310) 252-5000<br>Facsimile: (310) 252-3671 | Trade Debt | | $1,194,324 |
| 14. | B & Y Global Sourcing | 237 W 30th St<br>Los Angeles, CA 90007-3319<br>Attn: Norbert Baroukh<br>Telephone: 213-744-9955<br>Email: norbert@byglobalsource.com | Trade Debt | | $1,050,563 |
| 15. | Hanes Brand-Bali/Barely There | 2612 168th Ave. SE<br>Bellevue, WA 98008-5512<br>Attn: Brian Hottinger<br>Telephone: (425) 653-2334<br>Facsimile: (425) 653-2335 | Trade Debt | | $1,011,962 |
| 16. | Rosetti Handbags & Accessories | 10 West 33rd Street, Suite 312<br>New York, NY 10001<br>Attn: Lena Jones, President<br>Telephone: (646) 839-7912<br>Facsimile: (212) 279-3224 | Trade Debt | | $1,002,738 |
| 17. | Humphreys Accessories LLC | 120 W. 45th Street, 38th Floor<br>New York, NY 10036<br>Attn: Jeffrey Spiegel, CEO and President<br>Telephone: (212) 768-8800<br>Facsimile: (212) 768-8585 | Trade Debt | | $981,415 |

| | Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number, Fax Number, and Complete Mailing Address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of Claim (Trade Debt, Bank Loan, Government contract) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (if secured, state value of security) |
|---|---|---|---|---|---|
| 18. | Delta Galil USA/Wundies D | 150 Meadowland Parkway, 2nd Floor Secaucus, NJ 07094 Attn: Tom Witthuhn, CEO Telephone: (201) 902-0055 Facsimile: (201) 902- 0070 | Trade Debt | | $977,890 |
| 19. | Byer California | 66 Potero Ave. San Francisco, CA 94103 Attn: Alan Byer, Owner, President Telephone: (415) 626-7844 Facsimile: (415) 626-7865 | Trade Debt | | $971,812 |
| 20. | Volumecocomo Apparel Inc. | 4160 Bandini Blvd. Vernon, CA 90023 Attn: Chris Chang, CEO Telephone: (213) 763-6111 Facsimile: (323) 881-1859 | Trade Debt | | $923,470 |
| 21. | Vida Shoes International Inc. | 29 West 56th St. New York, NY 10019 Telephone: (212) 246-1900 Facsimile: (212) 581-9609 | Trade Debt | | $904,407 |
| 22. | Williamson-Dickie MFG Inc. | 319 Lipscomb Fort Worth, TX 76104 Attn: Phillip Williamson, President Telephone: (817) 336-7201 Facsimile: (817) 810-4454 | Trade Debt | | $894,181 |
| 23. | Jockey Int'l Inc. | 2300 60th Street Kenosha, WI 53141 Attn: Bob Nolan, President Telephone: (262) 658-8111 Facsimile: (262) 653-3079 | Trade Debt | | $870,437 |
| 24. | Roytex Inc. | 16 East 34th Street New York, NY 10016 Attn: Legal Department Telephone: (212) 686-3500 Facsimile: (212) 686-4336 | Trade Debt | | $856,407 |

| Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number, Fax Number, and Complete Mailing Address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of Claim (Trade Debt, Bank Loan, Government contract) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (if secured, state value of security) |
|---|---|---|---|---|
| 25. Hanes Brand - Socks | P.O. Box 2765 Winston Salem, NC 27102 Telephone: (336) 519-4930 Facsimile: (336) 519-8313 | Trade Debt | | $723,062 |
| 26. KWDZ MFG LLC/Knitworks | 337 S. Anderson Street Los Angeles, CA 90033-3742 Telephone: (323) 526- 6526 Facsimile: (323) 526-3528 | Trade Debt | | $722,185 |
| 27. Stony Apparel Corp. | 1500 S. Evergreen Ave. Los Angeles, CA 90023 Telephone: (323) 981-4241 Facsimile: (323) 981-9095 | Trade Debt | | $721,618 |
| 28. The Van Heusen Co. | 200 Madison Ave. New York, NY 10016 Attn: Manny Chirico, Chairman and CEO and Allen Sirkin, President and COO Telephone: (212) 381-3500 Facsimile: (212) 381-3970 | Trade Debt | | $680,654 |
| 29. Bijoux International | 1280 Jersey Ave. North Brunswick, NJ 08902 Telelphone: (732) 828-3886 Facsimile: (732) 828-3953 | Trade Debt | | $678,682 |
| 30. Combine International | 354 Indusco Court Troy, MI 48083 Telephone: (248) 585-9900 Facsimile: (248) 585-8641 | Trade Debt | | $674,538 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    )    Chapter 11
                                   )
**MERVYN'S HOLDINGS, LLC,**      )    Case No. 08-_____ (    )
**a Delaware limited liability company**  )
                                     )
                **Debtor.**              )

## DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS HOLDING THE THIRTY LARGEST UNSECURED CLAIMS

I, Charles R. Kurth, Executive Vice President, Chief Financial Officer and Chief Administrative Officer of Mervyn's Holdings, LLC, a Delaware limited liability company and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the List of Creditors Holding the Thirty Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: July 29, 2008

                                _____

                                Name: Charles R. Kurth
                                Title:   Executive Vice President, CFO and CAO
                                         Mervyn's Holdings, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **MERVYN'S HOLDINGS, LLC,** | ) Case No. 08-_____ (   ) |
| **a Delaware limited liability company** | ) |
| | ) |
| Debtor. | ) |

## CONSOLIDATED LIST OF CREDITORS

The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on July 29, 2008 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of the petition, the Debtors filed a single consolidated list of creditors (the "Consolidated Creditor List"), in lieu of separate lists. Due to its voluminous nature, the Consolidated Creditor List is being submitted to the Court electronically as an attachment hereto.

[information provided in electronic format]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                                )    Chapter 11
                                                      )
**MERVYN'S HOLDINGS, LLC,**                           )    Case No. 08-_____ (   )
**a Delaware limited liability company**              )
                                                      )
                  Debtor.                )

## DECLARATION REGARDING CONSOLIDATED CREDITOR LIST

I, Charles R. Kurth, Executive Vice President, Chief Financial Officer and Chief Administrative Officer of Mervyn's Holdings, LLC, a Delaware limited liability company and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the Consolidated Creditor List submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Date: July 29, 2008

_____
Name: Charles R. Kurth
Title: Executive Vice President, CFO and CAO
       Mervyn's Holdings, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    )   Chapter 11
                                      )
MERVYN'S HOLDINGS, LLC,                    )   Case No. 08-_____ (  )
a Delaware limited liability company       )
                                      )
       Debtor.                            )

## LIST OF EQUITY SECURITY HOLDERS

A list of equity security holders of Mervyn's Holdings, LLC and their percentage interest

is attached hereto as Schedule A.

## SCHEDULE A

## Schedule of Capital Contributions of Members

### RETAIL MEMBERS

| MEMBER'S NAME | RETAIL INVESTOR CAPITAL CONTRIBUTION | RETAIL PERCENTAGE INTEREST |
|---|---|---|
| SCSF Mervyn's (US), LLC | $0 (a) | 15.94846% |
| SCSF Mervyn's (Offshore), Inc. | $0 (a) | 39.59598% |
| Lubert-Adler Real Estate Fund IV, L.P. | $0 (a) | 40.54858% |
| Lubert-Adler Real Estate Parallel Fund IV, L.P. | $0 (a) | 1.24493% |
| Lubert-Adler Capital Real Estate Fund IV, L.P. | $0 (a) | 2.66204% |

### RESTRICTED LEASES COMMON MEMBERS

| MEMBER'S NAME | COMMON CAPITAL CONTRIBUTION | COMMON PERCENTAGE INTEREST |
|---|---|---|
| SCSF Mervyn's (US), Inc. | $0 (a) | 5.9276% |
| SCSF Mervyn's (Offshore), LLC | $0 (a) | 14.0624% |
| Cerberus Mervyn's Investors, LLC | $0 (a) | 23.88434% |
| KLA/Mervyn's, L.L.C. | $0 (a) | 54.18394% |
| Vanessa Castagna | $0 (a) | 0.5000% |
| Richard Leto | $0 (a) | 1.0000% |
| American Equity Partners, Inc. | $0 (a) | 0.44172% |

### RESTRICTED LEASES PREFERRED MEMBERS

| MEMBER'S NAME | PREFERRED CAPITAL CONTRIBUTION | PREFERRED PERCENTAGE INTEREST |
|---|---|---|
| SCSF Mervyn's (US), Inc. | $0 (a) | 5.9241% |
| SCSF Mervyn's (Offshore), LLC | $0 (a) | 14.0659% |
| Cerberus Mervyn's Investors, LLC | $0 (a) | 24.7975% |
| KLA/Mervyn's, L.L.C. | $0 (a) | 55.2125% |

(a)     As of the date hereof, each Member has received full repayment of such Member's initial Capital Contribution.

A-1

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MERVYN'S HOLDINGS, LLC, | ) Case No. 08-_____ ( ) |
| a Delaware limited liability company | ) |
| | ) |
| Debtor. | ) |

## DECLARATION CONCERNING THE DEBTOR'S LIST
## OF EQUITY SECURITY HOLDERS

I, Charles R. Kurth, Executive Vice President, Chief Financial Officer and Chief Administrative Officer of Mervyn's Holdings, LLC, a Delaware limited liability company and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the List of Equity Security Holders submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Date: July 29, 2008

Name: Charles R. Kurth
Title: Executive Vice President, CFO and CAO
       Mervyn's Holdings, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

MERVYN'S HOLDINGS, LLC,
a Delaware limited liability company

Debtor.

)  Chapter 11
)
)  Case No. 08-_____ (    )
)
)
)

## MERVYN'S HOLDINGS, LLC'S STATEMENT
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)

For its Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1),

Mervyn's Holdings, LLC (the "Debtor") respectfully represents that (i) SCSF Mervyn's (US),

LLC, (ii) SCSF Mervyn's (Offshore), Inc., (iii) Luberet-Adler Real Estate Fund IV, L.P., (iv)

Cerberus Mervyn's Investors, LLC, and (v) KLA/Mervyn's, L.L.C. each directly or indirectly

owns 10% or more of any class of the Debtor's equity interests.

Dated: July 29, 2008
Wilmington, Delaware

Respectfully submitted,

_____

Mark D. Collins (No. 2981)
Daniel J . DeFranceschi (No. 2732)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

and

Howard S. Beltzer
Wendy S. Walker
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Proposed Attorneys for the Debtors and
Debtors-in-Possession*

# MERVYN'S HOLDINGS, LLC

## Written Consent
## of the Voting Members
## as of July 27, 2008

In conformity with the Delaware Limited Liability Company Act and the Limited Liability Company Agreement of Mervyn's Holdings, LLC, a Delaware limited liability company (the "Company"), the undersigned, being the Voting Members of the Company (the "Voting Members"), hereby consent in writing to and adopt the following resolutions and take the following actions with the same force and effect as if such resolutions had been duly adopted and such actions duly taken at a meeting of the Voting Members duly called and convened for such purpose on the date first set forth above, with a full quorum present and acting throughout:

### Bankruptcy

**WHEREAS**, it has been proposed that each of the Company, Mervyn's LLC, a California limited liability company and a wholly-owned subsidiary of the Company ("Mervyn's" and together with the Company, the "Mervyn's Companies"), and Mervyn's Brands, LLC, a Minnesota limited liability company and a wholly-owned subsidiary of Mervyn's, seek relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, under Section 1.10(c) of the Limited Liability Company Agreement of the Company (the "LLC Agreement"), the Voting Members (as defined in the LLC Agreement) are required to authorize the Company to take a Voluntary Bankruptcy (as defined in the LLC Agreement); and

**WHEREAS**, the Company Management Board (including all of the Independent Directors) of the Company has deemed it desirable and in the best interest of the Mervyn's Companies and each of them, their creditors, their equity holders and other interested parties, that each of the Mervyn's Companies be authorized and empowered to file, at such time as it is deemed necessary by the appropriate officers of each the companies, a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

**NOW, THEREFORE, BE IT RESOLVED**, that the Company be, and it hereby is, authorized, empowered and directed to take a Voluntary Bankruptcy; and

**FURTHER RESOLVED**, that the Company Management Board of the Company be, and hereby is, authorized and empowered, in the name and on behalf of the Company, to make all such arrangements, to authorize, do and perform all such acts and things, and to

cause the officers of the Company to execute and deliver all such certificates and such other instruments and documents as it may deem appropriate in order to take a Voluntary Bankruptcy and to effectuate fully the purpose and intent of the foregoing resolutions, and that any and all actions taken heretofore and hereafter to accomplish such purposes and intents, all or singular, be, and they hereby are, approved, ratified, and confirmed.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**WITNESS** the due execution hereof.

SCSF MERVYN'S (OFFSHORE), INC.

By: _____
Name: Tom Taylor
Title:   Vice President


SCSF MERVYN'S (US), LLC

By: _____
Name: Tom Taylor
Title:    Vice President

**CERBERUS MERVYN'S INVESTORS, LLC**

By: Cerberus Partners, L.P.
Its: Managing Member

By: Cerberus Associates, L.L.C.
Its: General Partner

By: _____
Name:
Title:

**KLA/MERVYN'S L.L.C.**

By: _____
Name:
Title:


**LUBERT-ADLER REAL ESTATE FUND IV, L.P.**

By: Lubert-Adler Group IV, L.P.
Its: General Partner

By: Lubert-Adler Group IV, LLC
Its: General Partner

By: _____
Name:
Title:


**LUBERT-ADLER REAL ESTATE PARALLEL FUND IV, L.P.**

By: Lubert-Adler Group IV, L.P.
Its: General Partner

By: Lubert-Adler Group IV, LLC
Its: General Partner

By: _____
Name:
Title:


**LUBERT-ADLER CAPITAL REAL ESTATE FUND IV, L.P.**

By: Lubert-Adler Group IV, L.P.
Its: General Partner

By: Lubert-Adler Group IV, LLC
Its: General Partner

By: _____
Name:
Title:

*-Continued-*

**AMERICAN EQUITY PARTNERS, INC.**

By: _____
Name:
Title:

RESOLUTIONS ADOPTED

BY THE

COMPANY MANAGEMENT BOARD OF

OF

MERVYN'S HOLDINGS, LLC


At the Meeting of the Company Management Board

held on

July 27, 2008

**Bankruptcy Resolutions**

WHEREAS, it has been proposed that each of Mervyn's Holdings, LLC, a Delaware limited liability company (the "Company"), Mervyn's LLC, a California limited liability company and a wholly-owned subsidiary of the Company ("Mervyn's" and together with the Company, the "Mervyn's Companies"), and Mervyn's Brands, LLC, a Minnesota limited liability company and a wholly-owned subsidiary of Mervyn's ("Mervyn's Brands"), seek relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, it has also been proposed that each of Mervyn's and Mervyn's Brands negotiate and enter into that certain Ratification and Amendment Agreement (the "DIP Agreement"), to be dated on or about July 28, 2008, by and among Wachovia Capital Finance Corporation (Western) (the "Agent"), as successor to Congress Financial Corporation (Western), in its capacity as administrative and collateral agent acting for and on behalf of the financial institutions from time to time party to the Loan Agreement (as defined in the DIP Agreement) as lenders (the "Lenders"), the Lenders, Mervyn's, as borrower, and Mervyn's Brands, as guarantor, whereby, among other things, the Agent and the Lenders agree to make certain loans and advances and to provide other financial and credit accommodations to Mervyn's following the filing of voluntary petitions under the Bankruptcy Code by Mervyn's and Mervyn's Brands; and

WHEREAS, the DIP Agreement has been presented to and reviewed by the Company Management Board; and

WHEREAS, under Section 1.10(c) of the Limited Liability Company Agreement of the Company (the "LLC Agreement"), the Company Management Board (including all of the Independent Directors) (as defined in the LLC Agreement) is required to authorize the Company to file a voluntary petition seeking relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, under Section 5.1(a) of the LLC Agreement, the Company Management Board has the power to cause Mervyn's to file a voluntary petition seeking relief under Chapter 11 of the Bankruptcy Code;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Company Management Board (including all of the Independent Directors), it is desirable and in the best interest of the Mervyn's Companies and each of them, their creditors, their equity holders and other interested parties, that each of the Mervyn's Companies be, and they hereby are, authorized, empowered, and directed to file, at such time as it is deemed necessary by the appropriate officers of each of the respective Mervyn's Companies, a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition") and any other ancillary documents in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

FURTHER RESOLVED, that, subject to obtaining any necessary approvals of Mervyn's and Mervyn's Brands, the Chief Executive Officer, Chief Financial Officer, President, Executive Vice President, Senior Vice President, Vice President, General Counsel, Secretary, Assistant Secretary, Treasurer, or Assistant Treasurer of each of the Mervyn's Companies (each, an "Authorized Officer", and collectively, the "Authorized Officers") be, and each of them, with full authority to act without the others, hereby is,

authorized, empowered and directed (i) to execute and verify the Petition and any other ancillary documents and to cause the Petition and any other ancillary documents to be filed with the Bankruptcy Court and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary, in the discretion of the Authorized Officers, to effect any of the foregoing; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized, empowered, and directed, on behalf of and in the name of each of the Meryvn's Companies, and each of them, to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, objections, responses, applications, and other papers and documents necessary or desirable in connection with the Chapter 11 cases; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized and directed to retain the law firms of Morgan, Lewis & Bockius LLP ("<u>Morgan Lewis</u>") and Richards, Layton & Finger, P.A. ("<u>Richards Layton</u>") as bankruptcy counsel, to render legal services to, and to represent, each of the Mervyn's Companies in connection with such proceedings and all other related matters in connection therewith, on such terms as the Authorized Officers, and such other officers as they shall from time to time designate shall approve; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized and directed to retain Miller Buckfire & Co., LLC ("<u>Miller Buckfire</u>" and together with Morgan Lewis and Richards Layton, the "<u>Professionals</u>") to render financial and restructuring advice and services to, and to represent, each of the Mervyn's Companies in connection with such proceedings and all other related matters in connection therewith, on such terms as the Authorized Officers, and such other officers as they shall from time to time designate shall approve; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized and directed to retain on behalf of each of the Mervyn's Companies any additional counsel, accountants and other advisors as the Authorized Officers, or any of them, may deem appropriate; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized and empowered on behalf of, and in the name of, each of the Mervyn's Companies to execute a plan of reorganization under Chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the Bankruptcy Court; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized and directed to take or cause to be taken any and all such further actions and to execute and deliver any and all such further instruments and documents and to pay all such expenses, costs, fees, or taxes in each case as in his or their judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein; and

3

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any manager, member, director, or officer of any of the Mervyn's Companies or any of the Professionals in connection with the reorganization or liquidation of each of the Mervyn's Companies or any matter or proceeding related thereto, or by virtue of these resolutions, be, and they hereby are, in all respects ratified, confirmed, and approved; and

**FURTHER RESOLVED**, the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized with full power of delegations, for and in the name and on behalf of the respective Mervyn's Companies, to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions; and

**FURTHER RESOLVED**, that any and all actions of any member, manager, officer, or director of each of the Mervyn's Companies taken prior to the date hereof to carry out the purposes of the foregoing resolutions be, and they hereby are, ratified, approved, and confirmed in all respects.

## General Resolution

**RESOLVED**, that the officers of the Company be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to make all such arrangements, to do and perform all such acts and things, and to execute and deliver all such officers' certificates and such other instruments and documents as they may deem appropriate in order to effectuate fully the purpose and intent of each and all of the foregoing resolutions, and that any and all actions taken heretofore and hereafter to accomplish such purposes and intents, all or singular, be, and they hereby are, approved, ratified, and confirmed.

\* \* \* \*

DB1/61997214.4