In Re:  **Mervyn's Holdings, LLC**                                      Case No:    **08-11586-KG**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  Do not include the name or address of a minor child in this statement.  Indicate payments, transfers and the like to minor children by stating "a minor child."  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None,"  mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business."  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following:  an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider."  The term "insider" includes but is not limited to:  relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

In Re:  **Mervyn's Holdings, LLC**                              Case No:   **08-11586-KG**

# STATEMENT OF FINANCIAL AFFAIRS

### GENERAL NOTES REGARDING
### THE STATEMENT OF FINANCIAL AFFAIRS

1.  Current Market Value.   It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the property interests of Mervyn's Holdings, LLC ("the Debtor").  Accordingly, unless otherwise indicated, net book values, rather than current market values, of the Debtor's interests in property are reflected on the Debtor's Statement of Financial Affairs (the "SOFA").

2.   Accuracy.  While every effort has been made to file a complete and accurate SOFA, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend its SOFA as necessary or appropriate.

3.   Date.   The Debtor commenced the above-referenced Chapter 11 case on July 29, 2008 (the "Commencement Date"). Immediately preceding the Commencement Date, in order to establish a clear cut-off between pre- and post-petition payables for the purposes of the automatic stay and to facilitate proper compliance with GAAP reporting requests, the Debtor instituted a month-end closing of its books.  Except as otherwise noted, the values are representative of the financial values as of the Commencement Date.

In Re:  **Mervyn's Holdings, LLC**                                    Case No:   **08-11586-KG**

## STATEMENT OF FINANCIAL AFFAIRS

1.      **Income from employment or operation of business**

NONE
[X]

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

2.      **Income other than from employment or operation of business**

NONE
[X]

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

3.      **Payments to creditors Complete a. or b., as appropriate, and c.**
        *Complete a. or b. as appropriate, and c.*

NONE
[X]

a.      Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
[X]

b.      Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
[ ]

c.      All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        **SEE EXHIBIT-S3c**

4.      **Suits and administrative proceedings, executions, garnishments and attachments**

In Re: **Mervyn's Holdings, LLC**                                    Case No:   **08-11586-KG**

## STATEMENT OF FINANCIAL AFFAIRS

NONE
[X]
    a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
[X]
    b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5.   Repossessions, foreclosures and returns**

NONE
[X]
    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6.   Assignments and receiverships**

NONE
[X]
    a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
[X]
    b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7.   Gifts**

NONE
[X]
    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8.   Losses**

NONE
[X]
    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9.   Payments related to debt counseling or bankruptcy**

NONE
[X]
    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

In Re:  **Mervyn's Holdings, LLC**                                    Case No:    **08-11586-KG**

## STATEMENT OF FINANCIAL AFFAIRS

**10.   Other transfers**

NONE
[X]

      a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
[X]

      b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11.   Closed financial accounts**

NONE
[X]

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12.   Safe deposit boxes**

NONE
[X]

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13.   Setoffs**

NONE
[X]

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14.   Property held for another person**

NONE
[X]

List all property owned by another person that the debtor holds or controls.

**15.   Prior address of debtor**

NONE
[X]

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16.   Spouses and Former Spouses**

In Re:  **Mervyn's Holdings, LLC**                                    Case No:    **08-11586-KG**

## STATEMENT OF FINANCIAL AFFAIRS

NONE
[X]

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17.   Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

NONE
[X]

a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and if known, the Environmental Law:

NONE
[X]

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

NONE
[X]

c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18.   Nature, location and name of business

NONE
[ ]

a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was a self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

In Re:  **Mervyn's Holdings, LLC**                    Case No:    **08-11586-KG**

## STATEMENT OF FINANCIAL AFFAIRS

**SEE EXHIBIT-S18a**

NONE
[X]

    b.    Identify any business listed in respect to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time. (An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

    **19.    Books, records and financial statements**

NONE
[ ]

    a.    List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

    **SEE EXHIBIT-S19a**

NONE
[ ]

    b.    List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

    **SEE EXHIBIT-S19b**

NONE
[ ]

    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

    **SEE EXHIBIT-S19c**

NONE
[X]

    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years immediately preceding the commencement of this case by the debtor.

    **20.    Inventories**

NONE
[X]

    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

In Re:  **Mervyn's Holdings, LLC**                                    Case No:    **08-11586-KG**

## STATEMENT OF FINANCIAL AFFAIRS

NONE
[X]

    b.      List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21.  Current Partners, Officers, Directors and Shareholders**

NONE
[X]

    a.     If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NONE
[ ]

    b.     If the debtor is a corporation, list all the officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls or holds 5 percent or more of the voting or equity securities of the corporation.

       **SEE EXHIBIT-S21b**

**22.  Former partners, officers, directors and shareholders**

NONE
[X]

    a.     If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NONE
[ ]

    b.     If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

       **SEE EXHIBIT-S22b**

**23.  Withdrawals from a partnership or distributions by a corporation**

NONE
[ ]

    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

       **SEE EXHIBIT-S23**

**24.  Tax Consolidation Group.**

NONE
[ ]

    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

       **SEE EXHIBIT-S24**

**25.  Pension Funds.**

In Re:  **Mervyn's Holdings, LLC**                                    Case No:   **08-11586-KG**

## STATEMENT OF FINANCIAL AFFAIRS

NONE
☐

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

**SEE EXHIBIT-S25**

In Re:  **Mervyn's Holdings, LLC**                              Case No:    **08-11586-KG**

*(if completed on behalf of a partnership or corporation)*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date: 10/27/2008                                      Signature: _____

Continuation sheets attached: 12                       David Robson
                                                       Senior Vice President - Finance

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.*

1

In Re:  **Mervyn's Holdings, LLC**                    Case No:    **08-11586-KG**

## STATEMENT OF FINANCIAL AFFAIRS
### EXHIBIT S-3c
### PAYMENTS TO CREDITORS - INSIDERS - 1 YEAR

For a listing of payments to insiders, please see exhibit S-23.

In Re:  **Mervyn's Holdings, LLC**                          Case No:    **08-11586-KG**

## STATEMENT OF FINANCIAL AFFAIRS
### EXHIBIT S-18a
### NATURE, LOCATION AND NAME OF BUSINESS - WITHIN 6 YEARS

| NAME | ADDRESS | TAXPAYER ID | NATURE OF BUSINESS | BEGINNING AND ENDING DATES | |
|------|---------|-------------|--------------------|-----------------------------|--|
| Mervyn's LLC | 22301 Foothill Boulevard, Hayward, CA  94541 | 94-12744556 | Name brand promotion and protection | 1999 | Current |

In Re: **Mervyn's Holdings, LLC**

## STATEMENT OF FINANCIAL AFFAIRS
### EXHIBIT S-19a
### BOOKKEEPERS AND ACCOUNTANTS - WITHIN 2 YEARS

| NAME | ADDRESS | DATES SERVICES RENDERED | |
|---|---|---|---|
| David Robson | 22301 Foothill Blvd., Hayward, CA 94541 | 10/15/2007 | Current |
| Charles R. Kurth | 22301 Foothill Blvd., Hayward, CA 94541 | 5/15/2006 | Current |

In Re: **Mervyn's Holdings, LLC**                                    Case No:   **08-11586-KG**

### STATEMENT OF FINANCIAL AFFAIRS
### EXHIBIT S-19b
### AUDITORS OR FINANCIAL STATEMENT PREPARERS- WITHIN 2 YEARS

| NAME | ADDRESS | DATES SERVICES RENDERED | | CONTACT NAME, IF FIRM |
|------|---------|------------|----------|------------------------|
| KPMG | 55 Second St., Ste. 1400, San Francisco, CA 94105 | Nov 2006 | May 2008 | Lou Miramontes |

1

In Re:  **Mervyn's Holdings, LLC**

Case No:   **08-11586-KG**

## STATEMENT OF FINANCIAL AFFAIRS
## EXHIBIT S-19c
## POSSESSION OF THE BOOKS OF ACCOUNT AND RECORDS

| NAME | ADDRESS | DATES SERVICES RENDERED | | CONTACT NAME, IF FIRM |
|---|---|---|---|---|
| David Robson | 22301 Foothill Blvd., Hayward, CA 94541 | 10/15/2007 | current | N/A |
| Charles R. Kurth | 22301 Foothill Blvd., Hayward, CA 94541 | 5/15/2006 | current | N/A |

In Re:  **Mervyn's Holdings, LLC**                                    Case No:    **08-11586-KG**

## STATEMENT OF FINANCIAL AFFAIRS
### EXHIBIT S-21b
### OFFICERS, DIRECTORS AND SHAREHOLDERS - CORPORATIONS

| NAME | ADDRESS | TITLE | NATURE AND PERCENTAGE OF OWNERSHIP | |
|---|---|---|---|---|
| SCSF Mervyn's (US), LLC | 5200 Town Center Circle, Suite 470, Boca Raton, FL 33486 | Investor | Equity | 14.77 |
| SCSF Mervyns's (Offshore), Inc. | 5200 Town Center Circle, Suite 470, Boca Raton, FL 33486 | Investor | Equity | 36.69 |
| Lubert-Adler Real Estate Fund IV, LP | 2929 Arch Street, Suite 1650, Philadelphia, PA 19104-2868 | Investor | Equity | 37.57 |
| Lubert-Adler Capital Real Estate Fund IV, LP | 2929 Arch Street, Suite 1650, Philadelphia, PA 19104-2868 | Investor | Equity | 2.466 |
| Lubert-Adler Real Estate Parallel Fund IV, LP | 2929 Arch Street, Suite 1650, Philadelphia, PA 19104-2868 | Investor | Equity | 1.153 |
| A | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| B | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| C | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| D | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| E | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| F | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| G | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| H | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | Equity | * |
| I | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| J | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| K | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | Equity | * |
| L | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | Equity | * |
| M | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| N | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| O | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| P | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | Equity | * |
| Q | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| R | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |

In Re:  **Mervyn's Holdings, LLC**                                    Case No:    **08-11586-KG**

## STATEMENT OF FINANCIAL AFFAIRS

### EXHIBIT S-21b
### OFFICERS, DIRECTORS AND SHAREHOLDERS - CORPORATIONS

| NAME | ADDRESS | TITLE | NATURE AND PERCENTAGE OF OWNERSHIP | |
|---|---|---|---|---|
| S | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| T | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| U | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| V | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| W | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | Equity | * |
| X | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | Equity | * |
| Y | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | Equity | * |
| Z | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| AA | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |
| AB | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | Equity | * |
| AC | 22301 Foothill Blvd., Hayward, CA. 94541 | Officer | None | |

In an effort to comply with California privacy laws, employee codes have been provided rather than names.  To the extent necessary, actual employee ID's can be provided.

*In the aggregate, these officers hold less than 2.0% of the non-voting units.

In Re:  **Mervyn's Holdings, LLC**                                   Case No:   **08-11586-KG**

### STATEMENT OF FINANCIAL AFFAIRS
### EXHIBIT S-22b
### FORMER OFFICERS, DIRECTORS, AND SHAREHOLDERS - CORPORATIONS

| NAME* | ADDRESS | CITY | STATE | ZIP | TITLE | TERMINATION DATE |
|---|---|---|---|---|---|---|
| AD | 22301 Foothill Blvd. | Hayward | CA | 94541 | CEO | 12/17/2007 |
| AE | 22301 Foothill Blvd. | Hayward | CA | 94541 | VP/Merchandise Manager - Childrens | 10/26/2007 |
| AF | 22301 Foothill Blvd. | Hayward | CA | 94541 | SVP/CIO | 12/14/2007 |
| AG | 22301 Foothill Blvd. | Hayward | CA | 94541 | SVP/General Merchandise Manager - Home/Center | 1/15/2008 |
| AH | 22301 Foothill Blvd. | Hayward | CA | 94541 | VP/Merchandise Manager - Shoes | 1/15/2008 |
| AI | 22301 Foothill Blvd. | Hayward | CA | 94541 | SVP Human Resources | 1/18/2008 |
| AJ | 22301 Foothill Blvd. | Hayward | CA | 94541 | SVP General Counsel/Corp. Secretary | 3/31/2008 |
| AK | 22301 Foothill Blvd. | Hayward | CA | 94541 | VP/Merchandise Manager - Misses Apparel | 4/1/2008 |
| AL | 22301 Foothill Blvd. | Hayward | CA | 94541 | VP Operations | 10/9/2007 |

*In an effort to comply with California privacy laws, employee codes have been provided rather than names.  To the extent necessary, actual employee ID's can be provided.

In Re: **Mervyn's Holdings, LLC**                           Case No:    **08-11586-KG**

# STATEMENT OF FINANCIAL AFFAIRS
## EXHIBIT S-23
## WITHDRAWALS OR DISTRIBUTIONS CREDITED OR GIVEN TO AN INSIDER - WITHIN 1 YEAR

| NAME* | ADDRESS | RELATIONSHIP TO DEBTOR | DISTRIBUTION DATE | PURPOSE OF DISTRIBUTION | AMOUNT OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|---|---|
| K | 22301 Foothill Blvd, Hayward, CA 94541 | INSIDER | 9/2/2007 | Special Distribution | 9,100.01 |
| | | | | **Total:** | **9,100.01** |
| W | 22301 Foothill Blvd, Hayward, CA 94541 | INSIDER | 9/2/2007 | Special Distribution | 9,100.01 |
| | | | | **Total:** | **9,100.01** |
| Y | 22301 Foothill Blvd, Hayward, CA 94541 | INSIDER | 4/1/2008 | Special Distribution | 10,920.01 |
| | | | | **Total:** | **10,920.01** |
| AB | 22301 Foothill Blvd, Hayward, CA 94541 | INSIDER | 7/5/2008 | Special Distribution | 28,000.02 |
| | | | | **Total:** | **28,000.02** |
| AE | 22301 Foothill Blvd, Hayward, CA 94541 | INSIDER | 9/2/2007 | Special Distribution | 10,920.01 |
| | | | | **Total:** | **10,920.01** |
| AG | 22301 Foothill Blvd, Hayward, CA 94541 | INSIDER | 1/31/2008 | Special Distribution | 28,000.02 |
| | | | | **Total:** | **28,000.02** |
| AH | 22301 Foothill Blvd, Hayward, CA 94541 | INSIDER | 9/2/2007 | Special Distribution | 10,920.01 |
| | | | | **Total:** | **10,920.01** |
| AI | 22301 Foothill Blvd, Hayward, CA 94541 | INSIDER | 9/2/2007 | Special Distribution | 10,920.01 |

In Re:  **Mervyn's Holdings, LLC**                                   Case No:  **08-11586-KG**

## STATEMENT OF FINANCIAL AFFAIRS

### EXHIBIT S-23
### WITHDRAWALS OR DISTRIBUTIONS CREDITED OR GIVEN TO AN INSIDER - WITHIN 1 YEAR

| NAME* | ADDRESS | RELATIONSHIP TO DEBTOR | DISTRIBUTION DATE | PURPOSE OF DISTRIBUTION | AMOUNT OR DESCRIPTION AND VALUE OF PROPERTY |
|-------|---------|------------------------|-------------------|-------------------------|---------------------------------------------|
| | | | | **Total:** | **10,920.01** |
| AJ | 22301 Foothill Blvd, Hayward, CA 94541 | INSIDER | 2/28/2008 | Special Distribution | 10,920.01 |
| | | | | **Total:** | **10,920.01** |
| | | | | **Grand Total:** | **128,800.11** |

*In an effort to comply with California privacy laws, employee codes have been provided rather than names.  To the extent necessary, actual employee ID's can be provided.

## STATEMENT OF FINANCIAL AFFAIRS
### EXHIBIT S-24
### TAX CONSOLIDATION GROUPS - WITHIN 6 YEARS

| NAME OF CORPORATION | TAXPAYER ID |
|---|---|
| Target Corporation | 41-0215170 |
| Mervyn's Holdings, LLC | 20-1447931 |

In Re:  **Mervyn's Holdings, LLC**                                    Case No:    **08-11586-KG**

## STATEMENT OF FINANCIAL AFFAIRS
### EXHIBIT S-25
### PENSION FUNDS - WITHIN 6 YEARS

| NAME OF PLAN | PLAN ID # |
|---|---|
| Mervyn's 401(k) Plan | 94-1274456 / 010 |
| Mervyn's Pension Plan | 941274456 / 008 |