# United States Bankruptcy Court
## District of Delaware

In Re: **MERVYN'S HOLDINGS, LLC et al.**
Case No: **08-11586**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM NO. 1068 HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: **The Seaport Group LLC** | Name of Transferor: **Knitwork Productions Corp. / Rosenthal & Rosenthal** |
| Name and address where notices to transferee should be sent: | Court Claim # (if known): 1068<br>Amount of Claim: $249,515.24<br>Date Claim Filed: 12/02/2008 |
| The Seaport Group, LLC<br>360 Madison Avenue, 22nd Floor<br>New York, NY 10017<br>Attn: Scott Friedberg | Name and Address of Transferor:<br>Knitwork Productions Corp.<br>Attn: Mark Pnini<br>1639 Centre Street<br>Ridgewood, NY 11385 |
| Phone: 212-616-7728<br>Last Four Digits of Acct #: N/A | Phone: 718-821-2201<br>Last Four Digits of Acct. #: N/A |

Name and Address where transferee payments
Should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jonathan Silverman
Chief Legal Counsel
Transferee / Transferee's Agent

Date: 2/10/09

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18U.S.C .152 &3571*

---

## --DEADLINE TO OBJECT TO TRANSFER--

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

TRANSFER NOTICE

Knitwork Productions Corp. / Rosenthal ("Assignor") transfers and assigns unto The Seaport Group LLC, with an address at 360 Madison Avenue, New York, NY 10017, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of the Assignor's right, title and interest in, to and under the ADMINISTRATIVE Claim of Assignor as set forth in the Agreement against Mervyn's Holdings, LLC, et al., (the "Debtor"), in the aggregate amount of $249,515.24 representing all Administrative claims of Assignor pending against the Debtor in the United States Bankruptcy Court for the District of Delaware, jointly administered as Case # 08-11586.

In Witness Whereof, Assignor has signed below as of the 10th day of February, 2009.

Assignor:
Knitwork Productions Corp. / Rosenthal

By: _____
Name: Peter Stern
Title: Manager

Assignee:
THE SEAPORT GROUP LLC

By: _____
Name: Jonathan Silverman
Title: Chief Legal Counsel