# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **MERVYNS LLC**
Case No. **08-11586**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC<br>Name of Transferee | **WICKED FASHIONS, INC.**<br>Name of Transferor |
| Name and Address where notices and payments to transferee should be sent:<br><br>LIQUIDITY SOLUTIONS, INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br>Phone:<br>(201) 968-0001 | Court Claim # (if known): 332<br>Amount of Claim: **$1,377,329.08**<br>Date Claim Filed: 10/30/2008<br><br>Phone:_____<br>Last Four Digits of Acct#:_____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Jeffrey Caress
Jeffrey Caress          Date: 2/12/2009
Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

**497217**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

<u>In re: **MERVYNS LLC**</u>
<u>Case No. **08-11586**</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.<u>**332**</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on <u>2/12/2009.</u>

| | |
|---|---|
| **<u>Liquidity Solutions Inc</u>** | **WICKED FASHIONS, INC.** |
| **Name of Transferee** | **Name of Alleged Transferor** |
| | |
| Address of Transferee: | Address of Alleged Transferor: |
| One University Plaza | **WICKED FASHIONS, INC.** |
| Suite 312 | **222 BRIDGE PLAZA SOUTH** |
| Hackensack, NJ 07601 | **FORT LEE, NJ 7024** |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____         _____
                                                                            **CLERK OF THE COURT**

**497217**

## TRANSFER NOTICE

Wicked Fashions Inc. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Mervyn's LLC (the "Debtor"), in the aggregate amount of $1,377,329.08 representing all administrative expense claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 08-11586.

IN WITNESS WHEREOF, Assignor has signed below as of the 4th day of February 2009.

WITNESS:
Wicked Fashions Inc.                                          Liquidity Solutions, Inc.

By: _____                                   By: _____
(Signature)                                                   (Signature)

JAEHYUNG LEE / C.O.D                                          Jeffrey L Caress, Authorized Signatory
(Print Name of Witness)                                       (Print Name and Title)

497217

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERVYN'S HOLDINGS, LLC, et al.,[1] | ) | Case No. 08-11586 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket No. 697 |

## CERTIFICATION OF COUNSEL REGARDING AGREED ORDER APPROVING MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF WICKED FASHIONS, INC. PURSUANT TO 11 U.S.C. § 503(b)(1)

On October 28, 2008, Wicked Fashions, Inc. ("Wicked") filed the *Motion for Allowance and Immediate Payment of Wicked Fashions, Inc.'s Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(b)(1) and 507(a)(2)* [Docket No. 697] (the "Motion for Allowance") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

Counsel to the above-captioned debtors and debtors-in-possession (the "Debtors") contacted counsel to Wicked concerning the Motion for Allowance and engaged in discussions to consensually resolve the Motion for Allowance. These discussions were successful. Attached hereto as Exhibit A is a proposed form of agreed order (the "Proposed Order") in full and final resolution of the Motion for Allowance. The Proposed Order has been circulated to and is acceptable to (i) counsel to Wicked and (ii) counsel to the Official Committee of Unsecured Creditors.

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Mervyn's Holdings, LLC (3405), Mervyn's LLC (4456) and Mervyn's Brands, LLC (8850).

RLF1-3367288-1

Accordingly, the Debtors respectfully request that the Bankruptcy Court enter the Proposed Order, substantially in the form attached hereto as Exhibit A, granting the relief requested at the earliest convenience of the Bankruptcy Court.

Dated: February 10, 2009
Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Collins/*

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
  defranceschi@rlf.com
  samis@rlf.com
  good@rlf.com

and

Howard S. Beltzer
Wendy S. Walker
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
Email: hbeltzer@morganlewis.com
  wwalker@morganlewis.com

*Attorneys for the Debtors and Debtors in Possession*

# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERVYN'S HOLDINGS, LLC, et al.,[1] | ) | Case No. 08-11586 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket No. 697 |

AGREED ORDER APPROVING MOTION FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF WICKED FASHIONS, INC.
PURSUANT TO 11 U.S.C. § 503(b)(1)

Upon the *Motion for Allowance and Immediate Payment of Wicked Fashions, Inc.'s Administrative Expense Claim Pursuant to 11 U.S.C. §§503(b)(1) and 507(a)(2)* [Docket No. 697], filed October 28, 2008 (the "Motion") filed by Wicked Fashions, Inc. ("Wicked") seeking allowance and payment of an administrative expense claim pursuant to 11 U.S.C. § 503(b)(1); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the above-captioned debtors and debtors in possession having agreed to the entry of this Order; and due, adequate and sufficient notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion is granted, as modified by this Order; and it is further

ORDERED, that Wicked shall be allowed an administrative expense claim against Mervyn's LLC pursuant to 11 U.S.C. § 503(b)(1) in the amount of $1,350,460.38 (the "Allowed

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are Mervyn's Holdings, LLC (3405), Mervyn's LLC (4456) and Mervyn's Brands, LLC (8850).

RLF1-3367287-1

Administrative Expense Claim"), which Allowed Administrative Expense Claim shall not be subject to further reduction, offset, setoff or disallowance pursuant to 11 U.S.C. § 502(d) or otherwise; and it is further

ORDERED, that Wicked is not required to take any further action to perfect the Allowed Administrative Expense Claim; and it is further

ORDERED, that payment of the Allowed Administrative Expense Claim shall be paid as follows: (i) in the event that, prior to confirmation of any chapter 11 plan, the Debtors make payments to any creditors on account of any administrative expenses pursuant to 11 U.S.C §§ 503(b)(1) arising from goods delivered on or after the Petition Date, Wicked shall receive payment on similar terms on account of the Allowed Administrative Expenses Claim or (ii) in the event that, prior to confirmation of any chapter 11 plan, the Debtors do not make payments to any creditors on account of administrative expenses pursuant to 11 U.S.C. §§ 503(b)(1) arising from goods delivered on or after the Petition Date, Wicked shall be entitled to payment on account of the Allowed Administrative Expense Claim in accordance with the terms of the chapter 11 plan ultimately confirmed in these chapter 11 cases and on the effective date of such plan; and it is further

ORDERED, that this Order shall be binding upon (i) any liquidating trustee; plan administrator; distribution agent and/or any other responsible person appointed pursuant to any chapter 11 plan confirmed in these cases; (ii) any chapter 11 trustee appointed in these cases and/or (iii) any chapter 7 trustee appointed or elected in these cases; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: _____, 2009
      Wilmington, Delaware

                                          THE HONORABLE KEVIN GROSS
                                          UNITED STATES BANKRUPTCY JUDGE