# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **MERVYNS HOLDINGS, LLC**
Case No. **08-11586**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC | **DEPA INTERNATIONAL INC** |
| Name of Transferee | Name of Transferor |

Name and Address where notices and payments to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): **5215**
Amount of Claim: **$252,600.00**
Date Claim Filed: 01/09/2009

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Jeffrey Caress        Date: 3/19/2009
 Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

12875

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **MERVYNS HOLDINGS, LLC**
Case No. **08-11586**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **5215** (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 3/19/2009.

| | |
|---|---|
| Liquidity Solutions Inc. | **DEPA INTERNATIONAL INC** |
| **Name of Transferee** | **Name of Alleged Transferor** |
| | |
| Address of Transferee: | Address of Alleged Transferor: |
| One University Plaza | **DEPA INTERNATIONAL INC** |
| Suite 312 | **300-2 RTE 17 SOUTH** |
| Hackensack, NJ 07601 | **LODI, NJ 07644** |

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                         _____
                                                **CLERK OF THE COURT**

12875

# TRANSFER NOTICE

DEPA International Inc. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Mervyn's LLC (the "Debtor"), in the aggregate amount of $252,600.00 representing all administrative expense claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 08-11586.

    IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2008.

WITNESS:
DEPA International Inc.                                     Liquidity Solutions, Inc.

By: _____                                 By: _____
(Signature)                                                 (Signature)

SANJAY KAPOOR                                               JEFFREY L. CARESS, AUTHORIZED SIGNATORY
(Print Name of Witness)                                     (Print Name and Title)

12875