Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| MERVYN'S HOLDINGS, LLC, et al., | ) Case No. 08-11586 (KG) ) Jointly Administered ) |
| Debtors. | ) NOTICE OF TRANSFER OF CLAIM ) OTHER THAN FOR SECURITY AND ) WAIVER OF NOTICE Bankruptcy Rule 3001(e)(2) |

\* Claim # 6397

PLEASE TAKE NOTICE that the filed administrative (post-petition) claim* of Fame Jeans Inc. ("Transferor") against the Debtor in the amount of $34,805.76 and all claims of Transferor associated with such claim have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(2).

I, the undersigned Transferor of the above-described administrative claim, hereby assign and transfer my administrative claim and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $34,805.76 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. Interpretation of this agreement that results in legal proceedings shall be initiated and adjudicated in the County of San Diego, State of California. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
Fame Jeans Inc.
850 McCaffrey St. Laurent Quebec H4T INI

Print Name __EILEEN WALFISH__ Title __VP Finance & Ops__
Signature __[signed]__ Date __March 20/09__
Updated Address (if needed) _____
Phone __514-345-1777__ Fax __514-345-1711__ E-Mail __WALFISH@FAMEJEANS.COM__

**TRANSFEREE:**
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108
Signature: __[signed]__
     Tom Scheidt