

# United States Bankruptcy Court

## District Of Delaware

In re: **Mervyn's Holdings, LLC,** *et al.*     Case No. 08-11586 (KG)
                                         Jointly Administered

### TRANSFER OF POST-PETITION ADMINISTRATIVE EXPENSE CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **First Commercial Credit Corp.** | **Supreme International, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
First Commercial Credit Corp.
1185 Avenue of the Americas
New York, New York 10036

Court Claim #s: **5634, 6002 & 6333**
Amount of Claim: **$68,736.29**

Phone:
Last Four Digits of Acct #: **N/A**

Transferor Phone:
Last Four Digits of Acct. #: **N/A**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____       Date: **January 21, 2009**
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571.

KL2 2593427.1

## EVIDENCE OF TRANSFER OF POST-PETITION ADMINISTRATIVE EXPENSE CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

AND TO: First Commercial Credit Corp.

Supreme International, LLC, a division of Perry Ellis International, Inc., with an address at 3000 NW 107th Ave., Miami, FL 33178 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim of even date herewith, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to FIRST COMMERCIAL CREDIT CORP., its successors and assigns, with offices at 1185 Avenue of the Americas, New York, New York 10036 ("Buyer"), all right, title and interest in and to the claim of Seller the post-petition administrative expense claim of Seller against Mervyn's LLC, et al., and its affiliates (collectively the "Debtors") in the amount of $68,736.29 (collectively the "Post-Petition Claim") in the United States Bankruptcy Court, District of Delaware, Case No. 08-11586 (KG) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Post-Petition Administrative Expense Claim as an unconditional assignment and Buyer herein as the valid owner of the Post-Petition Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Post-Petition Claim to Buyer. This Evidence of Transfer of Post-Petition Administrative Expense Claim may be executed in counterparts.

IN WITNESS WHEREOF, dated as of the 21 day of January, 2009.

SUPREME INTERNATIONAL, LLC,
a division of Perry Ellis International, Inc.

By: _____
Name: Thomas D'Ambrosio
Title: Int. CFO

FIRST COMMERCIAL CREDIT CORP.

By: _____
Name: Byron Hayley
Title: CEO