# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **MERVYNS LLC**
Case No. **08-11586**

### NOTICE OF TRANSFER OF ADMINISTRATIVE CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| LIQUIDITY SOLUTIONS, INC | SAMUEL AARON, INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices and payments to transferee should be sent:

Court Claim # (if known):
Amount of Claim:

| Claim # | Claim Amount | Claim Filed |
|---|---|---|
| 2 | $ 45,317.80 | 8/1/2008 |
| 531 | $ 80,885.21 | 11/3/2008 |
| Total | $ 126,203.01 | |

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Jeffrey Caress         Date: 4/28/2009
 Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

**648682**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

<u>In re: **MERVYNS LLC**</u>
<u>Case No. **08-11586**</u>

## NOTICE OF TRANSFER OF ADMINISTRATIVE CLAIM OTHER THAN FOR SECURITY

Claim No. <u>**2 & 531**</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on <u>4/28/2009.</u>

| | |
|---|---|
| Liquidity Solutions Inc. | **SAMUEL AARON** |
| **Name of Transferee** | **Name of Alleged Transferor** |
| | |
| Address of Transferee: | Address of Alleged Transferor: |
| One University Plaza | **SAMUEL AARON** |
| Suite 312 | **31-00 47TH AVE** |
| Hackensack, NJ 07601 | **Ling Island City, NY 11101** |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____       _____
                                                            **CLERK OF THE COURT**

**648682**

# TRANSFER NOTICE

Samuel Aaron Inc. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the administrative Claim of Assignor as set forth in the Agreement against Mervyn's LLC (the "Debtor"), in the aggregate amount of $126,203.01 representing all administrative claims of Assignor pending against Debtor in the United States Bankruptcy Court for the District of Delaware, jointly administered as Case No. 08-11586.

IN WITNESS WHEREOF, Assignor has signed below as of the 6th day of February, 2009.

WITNESS:
Samuel Aaron Inc.

By: _____
(Signature)

ELAINE BACHRACH
(Print Name of Witness)

Liquidity Solutions, Inc.

By: _____
(Signature)

JEFFREY L. CARESS, AUTHORIZED SIGNATORY
(Print Name and Title)

648682