Form 210A (10/06)

# United States Bankruptcy Court
## District of Delaware

**In re: Mervyn's Holdings, LLC,**
**Case No. 08-11586**

## NOTICE OF TRANSFER OF ADMINISTRATIVE CLAIM OTHER THAN FOR SECURITY

AN ADMINISTRATIVE CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**Fair Harbor Capital, LLC**
**As assignee of JIU DA INTL L & F FLC**

Name of Transferor:
**JIU DA INTL L & F FLC**

Name and Address where notices to transferee should be sent:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY 10023**

Court Claim # (if known): #2555 (Administrative Portion)
Administrative Amount of Claim: $88,845.36
Date Claim Filed: 12/29/08

Name and Address of Transferor:

JIU DA INTL L & F FLC
Kevin Hsu
7F NO 180 SEC 4 NAN JING E RD.
Taipei, Taiwan, XX TW, Taiwan

Phone: 212 967 4035
Last Four Digits of Acct #: n/a

Phone:
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone: n/a
Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Fredric Glass Date: May 14, 2009
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## United States Bankruptcy Court
## District of Delaware

**In re: Mervyn's Holdings, LLC,**
**Case No. 08-11586**

**NOTICE OF TRANSFER OF ADMINISTRATIVE CLAIM OTHER THAN FOR SECURITY**

**Claim No. 2555 (ADMINISTRATIVE PORTION) (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on May 14, 2009.

Name of Transferee:
**Fair Harbor Capital, LLC**
**As assignee of JIU DA INTL L & F FLC**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY 10023**

Name of Alleged Transferor:
**JIU DA INTL L & F FLC**

Name and Address of Alleged Transferor:

JIU DA INTL L & F FLC
Kevin Hsu
7F NO 180 SEC 4 NAN JING E RD.
Taipei, Taiwan, XX TW, Taiwan

**~DEADLINE TO OBJECT TO TRANSFER~**

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:________________

______________________
Clerk of the Court



Client Login

Clients : Active Cases : Mervyn's Holdings, LLC

> Court Docket
> Notice Lists
> First-Day Motions
> First-Day Orders
> Press Release
> Adversary Proceedings
> Schedules/SOFA
> Claims Register

Bankruptcy Industry Links | Proof Of Claim Form | Claim/Creditor Search | Submit an Inquiry

**Mervyn's Holdings, LLC Search Results**
**Creditor Name: Begins With "jiu"**

| Date Claim Filed | Claim No. | Schedule | Nature | Name | Amount | C* | U* | D* | Debtor |
|---|---|---|---|---|---|---|---|---|---|
| 12/29/2008 | 2555 | F | General Unsecured | JIU DA INTL L & F FLC | $28,107.52 | | | | Mervyn's LLC |
| 12/29/2008 | 2555 | F | Admin Priority | JIU DA INTL L & F FLC | $88,845.36 | | | | Mervyn's LLC |

*C=Contingent, U=Unliquidated, D=Disputed

Claim transfered is # 2555 (Administrative Portion)

**The Debtor has listed your claim on Schedule F as a General Unsecured claim in the amount of $81,747.52. If you agree with this characterization and amount, you do not need to complete and return this form. If you disagree, please complete and return this form accordingly.**

B 10 (Modified Form 10, Mervyn's Holdings, LLC) (12/07)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE** — **PROOF OF CLAIM**

Name of Debtor: Mervyn's LLC — Case Number: 08-11587

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

JIU DA INTL L & F FLC

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 2555
(*If known*)

Filed on: 12/29, 2008

Name and address where notices should be sent: Name Id: 4446515 Pack No. 243

**JIU DA INTL L & F FLC**
7F NO 180 SEC 4 NAN JING
E RD
TAIPEI TAIWAN,
**TAIWAN**

Telephone number: 886-2-2579-7830

Name and address where payment should be sent (if different from above):
Beneficiary: Jiu Da International Ltd.
Bank: Taiwan Business bank (SUNG SHAN BRANCH)
SWIFTCODE: MBBTTWTP021
ACCOUNT NO: 893-50-003951

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 116,952.88

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Goods Sold
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** ______

3a. **Debtor may have scheduled account as:** ______
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property:** $______ **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $______ **Basis for perfection:** ______

**Amount of Secured Claim:** $______ **Amount Unsecured:** $______

**6. Claim Pursuant to 11 U.S.C. §503(b)(9)** $ 88825.36

☐ Check this box if you have a claim arising from your provision of goods to the Debtor in the ordinary course of the Debtor's business in the 20 days before 7/21, 2008. Attach documentation supporting such claim.

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$______

**Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**Date:**

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



0811587081104114211000675