Form 210A (10/06)

# United States Bankruptcy Court
## District Of Delaware

In re Mervyn's Holdings, LLC, et al.,　　　　　　　　　　Case No. 08-11586 (KG)
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Chapter 11*, Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Fulcrum Tower I, LP** | **American Sporting Goods Corporation** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Fulcrum Tower I, LP
3801 S. Capital of Texas Hwy., Ste 330
Austin, Texas 78704-6646
Attn: General Counsel
Tel: (512) 473-2776
Fax: (512) 473-2772

Name and Current Address of Transferor:

American Sporting Goods Corporation
2323 Main St.
Irvine, CA 92614
Attn: Rita Alberici
Tel: (714) 569-9294
Fax: (714) 569-0087

Amount of Claim: 378,718.98**
Claim No. 5992 (See Exhibit C)
Date Claim Filed: December 3, 2008

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Matthew W. Hamilton__　　　　　　　　Date: __June 11, 2009__
　　　Transferee/Transferee's Agent

**See Evidence of Transfer, attached as Exhibit A hereto, and Schedule of Transferred Claims, attached as Exhibit B hereto, for complete description of amount and nature of claims assigned**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A
## EVIDENCE OF TRANSFER

TO: THE DEBTOR AND THE BANKRUPTCY COURT

American Sporting Goods Corporation, with an address at 2323 Main St., Irvine, CA 92614 ("**Seller**") transfers unto Fulcrum Tower I, LP, its successors and assigns ("**Buyer**"), pursuant to the terms of that certain Purchase and Sale Agreement For Certain Claims In The Chapter 11 Cases[1], of even date herewith (the "**Agreement**"), all of its right, title and interest in and to the claims, identified on the attached Schedule (the "**Claims**"), against Mervyn's Holdings, LLC (the "**Debtor**"), in proceedings for reorganization (the "**Proceedings**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"), jointly administered under In re Mervyn's Holdings, LLC, et al., Chapter 11 Case No. 08-11586 (KG).

Seller hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing Claims and recognizing the Buyer as the sole owner and holder of the Claims. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the Seller and the Buyer have caused this Evidence of Transfer to be duly executed as of April __, 2009.

**SELLER:**

AMERICAN SPORTING GOODS CORPORATION

By: _____
Name: Jerome A. Turner
Title: COB

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.

# EXHIBIT B
## SCHEDULE OF TRANSFERRED CLAIMS

| Transferor Name | Transferee Name | POC/ Schedule Number | POC/ Schedule Amount | Amount Transferred | Pro Rata Amount |
|---|---|---|---|---|---|
| American Sporting Goods Company | Fulcrum Tower I, LP | 5992 | $200,123.87[1] | $200,123.87 | 100.0% |
| American Sporting Goods Company | Fulcrum Tower I, LP | u/k | $178,595.11[2] | $178,595.11 | 100.0% |

(1) This is the amount submitted in respect of post-petition goods delivered.

(2) This is the amount scheduled on the Debtor's Schedules of Assets and liabilities as a pre-petition general unsecured claim and further identified by the creditor data information sheet attached hereto as Exhibit D.

**EXHIBIT C**
PROOF(S) OF CLAIM TRANSFERRED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERVYN'S HOLDINGS, LLC, et al.,[1] | ) | Case No. 08-11586 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket Nos. 1106 and 1107 |

### AGREED ORDER APPROVING MOTIONS FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS OF AMERICAN SPORTING GOODS CORPORATION AND BASKETBALL MARKETING d/b/a AND1 COMPANY PURSUANT TO 11 U.S.C. § 503(b)(1)

Upon the (i) *Motion of American Sporting Goods Corporation for Allowance of Administrative Expense Claim and Related Relief* [Docket No. 1106], filed December 3, 2008 (the "ASGC Motion") filed by American Sporting Goods Corporation ("ASGC") seeking allowance and payment of an administrative expense claim pursuant to 11 U.S.C. §§ 503(b)(1) and (ii) *Motion of the Basketball Marketing Company d/b/a AND1 for Allowance of Administrative Claim and Related Relief* [Docket No. 1107], filed December 3, 2008 (the "AND1 Motion" and together with the ASGC Motion, the "Motions") by the Basketball Marketing Company ("AND1" and together with ASGC, the "Vendors"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motions are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the above-captioned debtors and debtors in possession having agreed to the entry of this Order; and due, adequate and sufficient notice of the Motions having

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Mervyn's Holdings, LLC (3405), Mervyn's LLC (4456) and Mervyn's Brands, LLC (8850).

RLF1-3371815-1



been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motions are granted, as modified by this Order; and it is further

ORDERED, that ASGC shall be allowed an administrative expense claim against Mervyn's LLC pursuant to 11 U.S.C. § 503(b)(1) in the amount of $ 200,123.87 (the "Allowed Administrative Expense Claim"); and it is further

ORDERED, that AND1 shall be allowed an administrative expense claim against Mervyn's LLC pursuant to 11 U.S.C. § 503(b)(1) in the amount of $0; and it is further

ORDERED, that payment of the Allowed Administrative Expense Claim shall be made in accordance with the terms of any chapter 11 plan ultimately confirmed in these chapter 11 cases; and it is further

ORDERED, that this Order shall be binding upon (i) any liquidating trustee; plan administrator; distribution agent and/or any other responsible person appointed pursuant to any chapter 11 plan confirmed in these cases; (ii) any chapter 11 trustee appointed in these cases and/or (iii) any chapter 7 trustee appointed or elected in these cases; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: February 27 2009
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

2

**EXHIBIT D**
<u>CREDITOR DATA</u>

## Creditor Data for Claim Number 5992

| Creditor Name: American Sporting Goods Corporation<br>Creditor Notice Name: Kimberly Luff Wakim and Patrick W Carothers | Date Claim Filed: 12/3/2008<br>KCC Claim #: 5992<br>Amend/Replace? No |
|---|---|
| Debtor Name: Mervyn's Holdings, LLC<br>Case Number: 08-11586 | |
| Claim Nature: Admin Priority<br>Amount of Claim: $200,123.87 | Creditor Info Altered? N |
| Schedule:<br>Schedule Amt: | |