Form 210A (10/06)

# United States Bankruptcy Court
### District Of Delaware

In re Mervyn's Holdings, LLC, et al.,

Case No. 08-11586 (KG)
*Chapter 11*, Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Fulcrum Tower I, LP** | **Accessory Network Group, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Name and Current Address of Transferor:

Fulcrum Tower I, LP
3801 S. Capital of Texas Hwy., Ste 330
Austin, Texas 78704-6646
Attn: General Counsel
Tel: (512) 473-2776
Fax: (512) 473-2772

Wells Fargo Trade Capital
c/o Accessory Network Group, LLC
350 Fifth Avenue, 4th Floor
New York, NY 10016
Attn: Robert Cooke
Tel: (212) 842-3009

***PARTIAL TRANSFER***

Amount of Claim: 207,326.23**
Claim No. 678 (See Exhibit C)
Date Claim Filed: April 15, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  __/s/ Matthew W. Hamilton__          Date:  __June 11, 2009____
   Transferee/Transferee's Agent

**See Evidence of Transfer, attached as Exhibit A hereto, and Schedule of Transferred Claims, attached as Exhibit B hereto, for complete description of amount and nature of claims assigned**

***This transfer is only with respect to $207,326.23 of Transferor's post-petition Section 503(b)(1) administrative priority claim***

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

Accessory Network Group, LLC, with an address at 350 Fifth Avenue, 4th Floor, New York, NY 10016 ("**Seller**") transfers unto Fulcrum Tower I, LP, its successors and assigns ("**Buyer**"), pursuant to the terms of that certain Purchase and Sale Agreement For Certain Claims In The Chapter 11 Cases[1], of even date herewith (the "**Agreement**"), all of its right, title and interest in and to the claims, identified on the attached Schedule (the "**Claims**"), against Mervyn's Holdings, LLC (the "**Debtor**"), in proceedings for reorganization (the "**Proceedings**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"), jointly administered under In re Mervyn's Holdings, LLC, et al., Chapter 11 Case No. 08-11586 (KG).

Seller hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing Claims and recognizing the Buyer as the sole owner and holder of the Claims. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the Seller and the Buyer have caused this Evidence of Transfer to be duly executed as of April 29, 2009.

**SELLER:**

ACCESSORY NETWORK GROUP, LLC
As Assignee of Wells Fargo Trade Capital

By: _____
Name:  RICHARD G. VANDERLUE
Title:  COO/CFO

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.

*Evidence of Transfer*



Wells Fargo Trade Capital
119 West 40th Street
New York, NY 10018-2500
212 703-3500
212 703-3520 Fax

April 6, 2009

Richard G. Danderline
COO / CFO
Accessory Network Group, LLC
350 5th Avenue
New York, NY 10118

RE: Mervyn's Holdings,LLC / DIP Invoices ( See attached " Schedule A"

Dear Mr Danderline,

This is to confirm that we hereby reassign to you, without recourse or representation or warrantees of any kind, all of our right, title and interest in and to the invoices described on the attached "Schedule A."

No other changes to the terms and conditions of our factoring agreements are intended or implied.

Please sign and return a copy of this letter as acknowledgement that you received it.

Very truly yours,

WELLS FARGO TRADE CAPITAL

SVP

Acknowledged & Received:

Accessory Network Group,LLC

By: _____
    Richard Danderline
    COO / CFO

Date: _____4/6/09_____

"SCHEDULE A"

| AC DOC NO | | ---CLIENT---- | TR | TERMS | STOR | RM | INV/AS | AC/DATE | DUE | AMOUNT | AC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00267883 | ND | ACCESSOR | A1 | 030 | 0996 | R | 092408 | 101708 | 102408 | 174.92 | 28 |
| 00267885 | ND | ACCESSOR | A1 | 030 | 0996 | R | 092408 | 101708 | 102408 | 18,365.76 | 28 |
| 00267896 | ND | ACCESSOR | A1 | 030 | 0997 | R | 092408 | 101708 | 102408 | 11,981.48 | 28 |
| 00268664 | ND | ACCESSOR | A1 | 030 | 0996 | R | 100108 | 101708 | 103108 | 99,506.88 | 28 |
| 00268665 | ND | ACCESSOR | A1 | 060 | 0997 | R | 100108 | 101708 | 113008 | 66,156.48 | 28 |
| 267888 | ND | ACCESSOR | I1 | 030 | | | 092408 | | 102408 | 11,140.71 | |

PAGE TOTAL:    207,326.23              RUNNING TOTAL:      207,326.23
CUS: 0000577670411 (DIP)MERVYN'S LLC
      CONTACT:                                           TELEPHONE: 5107275382
CLN: ND            ACCESSORY NETWORK GROUP,    INV:        TO        A/C
ITEMS COMING DUE WITHIN THE NEXT 060 DAYS.
                                                          SELECT

F1-RTN F2-RES(R) F3-FWD(>) F4-BKWD(<) F6-OPN(O) F7-FMT(F) F8-LOG(W) F11-DOC(L)

Date: 10/31/2008 Time: 2:42:48 PM

## EXHIBIT B
### SCHEDULE OF TRANSFERRED CLAIMS

| Transferor Name | Transferee Name | POC/ Schedule Number | POC/ Schedule Amount | Amount Transferred | Pro Rata Amount |
|---|---|---|---|---|---|
| Wells Fargo Trade Capital | Fulcrum Tower I, LP | 678 | $1,034,516.46 | $207,326.23[1] | 20.041% |
| Accessory Network Grp Inc. | Fulcrum Tower I, LP | u/k[2] | $129,872.63 | $129,872.63 | 100.0% |

(1) This transfer is only with respect to $207,326.23 of Transferor's post-petition Section 503(b)(1) administrative priority claim, such portion corresponding to the underlying derivative claim of Accessory Network Group, LLC.

(2) Schedule number is unspecified. Please see creditor data attached hereto as Exhibit D.

**EXHIBIT C**
PROOF(S) OF CLAIM TRANSFERRED

# ADMINISTRATIVE PROOF OF CLAIM
## FOR CLAIMS ARISING DURING THE ADMINISTRATIVE PERIOD

| United States Bankruptcy Court | ADMINISTRATIVE PROOF OF CLAIM |
|---|---|
| District of _Delaware_ | |

In re: **Mervyn's Holdings, LLC, et al.,**     Case No.: 08-11586 (KG)

         Debtor.     Jointly Administered

**Enter Name of Debtor Claim is Filed Against**

**Name of Creditor**
*(The person or other entity to whom the debtor owes money or property)*

Wells Fargo Trade Capital

☐ Check box if you are aware that anyone else has filed an Administration claim relating to your claim. Attach copy or statement giving particulars.

**Name and Address Where Notices Should Be Sent**
Wells Fargo Trade Capital
119 West 40th St
New York, NY 10018
Telephone No. 212-703-3587

☐ Check box if this address differs from the address on the envelope sent to you by the court.

THIS SPACE FOR COURT USE ONLY

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:**

Check here if the claim ☐ replaces   ☐ amends   a previously filed claim dated:

1. **BASIS FOR CLAIM**
   - ☑ Goods sold + delivered
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other (Describe briefly)

   ■ Date Stamped Copy Returned
   ☐ No self addressed stamped envelope
   ☐ No copy to return

   - ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   - ☐ Wage, salaries and commissions (Fill out below)
     Your social security number _____
   - ☐ Severance
   - ☐ Vacation
   - ☐ Unpaid compensation for services performed from _____ to _____
   - ☐ Warranty repair and service claim
   - ☐ Deposit Claim

2. **DATE OR PERIOD DURING WHICH DEBT WAS INCURRED**

3. **IF COURT JUDGMENT, DATE OBTAINED:**

4. This form is to be used to record only administrative claims, as defined in 11 U.S.C. §503(b) and 504(a)(1) and which arose during the Administrative Period.
   **AMOUNT OF CLAIM: $ 1,034,516.46**

5. This claim should be completed in English and in U.S. dollars.

6. **SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary. Do not attach originals.

7. **CREDITS AND SETOFFS:** The amount of all payments on this claim should be credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant represents that it has deducted all amounts that claimant owes to debtor.

8. A verification of the filing of your claim, claim number and the date it was filed will be mailed to you within thirty days of receipt of your claim, provided you provide the Clerk with an extra copy of your claim and stamped return envelope. If this is not received within sixty days, contact the Clerk of the Bankruptcy Court.

9. **CERTIFICATION:** The undersigned certifies under penalty of perjury that the debtor named above is indebted to the claimant in the amount shown, that there is no security for the debt other than that stated above or in an attachment to this form, that no unmatured interest is included, and that the undersigned is authorized to make this claim.

THIS SPACE FOR COURT USE ONLY

RECEIVED

NOV 10 2008

KURTZMAN CARSON CONSULTANTS

Date

Prematie Fleming - Ass't V.P.
Prematie Fleming NAME AND TITLE, if any

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any).

11/3/08

Penalty for Presenting Fraudulent Claim: Fine of up to $500,000 or Imprisonment fo

081158608111000000000001



November 4, 2008

**CLAIMS AGENCY**

**Kurtzman Carson Consultants LLC**
**2335 Alaska Avenue**
**El Segundo , California 90245**

**RE:MERVYN'S HOLDINGS , LLC et al., / ADMINISTRATIVE CLAIM**
Case # 08-11586(KG) Jointly Administered

 Dear Sir / Madam,

Please find attached our Proof of Claim against the above bankrupt subject in the amount of $1,034.516.46
Please file same on our behalf and keep us advised of any developments.

We would appreciate if you would sign the enclosed copy of this letter and return same to the attention of the undersigned with stamped copy of claim.

If you have any questions, please feel free to contact the undersigned.


Very truly yours,

Prematie Fleming
Assistant Vice President
Wells Fargo Trade Capital
Tel: 212-703-3587
Fax: 1-866-518-6425 / 212-703-3581
Prematie.Fleming@wellsfargo.com

Mervyn's Holdings, LLC

| | |
|---|---|
| Extreme Concept | 263,569.80 |
| Accessory Network | 207,326.23 |
| All Access Apparel | 181,500.00 |
| Athco Inc. | 149,503.20 |
| Collection X 11 X | 54,747.66 |
| Olaes Enterprises | 44,830.00 |
| Stargate Apparel | 41,267.28 |
| Boston Harbour | 24,363.60 |
| Exquisite Apparel | 13,344.80 |
| Deer Stags Inc. | 37,084.56 |
| Notations, Inc. | 16,979.33 |
| Total | 1,034,516.46 |

```
COLM06    COLLECTION SYSTEM         PAST DUE ITEM DISPLAY        14:38 10/31/08
AC DOC NO   ---CLIENT---- TR  TERMS  STOR RM  INV/AS AC/DATE  DUE    AMOUNT   AC
    127781 LP  EXTREME   A1   060   0099 R  082908 092208 102808   3,532.50 15
    127782 LP  EXTREME   A1   060   0099 R  082908 091208 102808   8,730.00 15
    127783 LP  EXTREME   A1   060   0099 R  082908 091208 102808  24,901.50 15
    127784 LP  EXTREME   A1   060   0099 R  082908 092208 102808  11,524.50 15
    127785 LP  EXTREME   A1   060   0099 R  082908 091208 102808  31,296.00 15
    127786 LP  EXTREME   A1   060   0099 R  082908 092208 102808  12,504.00 15
    134854 LP  EXTREME   A1   060   0099 R  092908        112808  16,504.80
    134855 LP  EXTREME   A1   060   0099 R  092908        112808   8,224.80
    134876 LP  EXTREME   A1   060   0099 R  092908        112808  18,915.00
    134877 LP  EXTREME   A1   060   0099 R  092908        112808   8,404.50
    134878 LP  EXTREME   A1   060   0099 R  092908        112808  17,581.20
    134879 LP  EXTREME   A1   060   0099 R  092908        112808   8,142.00
    135967 LP  EXTREME   A1   060   0099 -  101308        121208  34,887.00
    135968 LP  EXTREME   A1   060   0099 -  101308        121208  16,617.00
    135969 LP  EXTREME   A1   060   0099 -  101308        121208  12,510.00
PAGE TOTAL:   234,274.80           RUNNING TOTAL:   234,274.80
CUS: 0000577670411 (DIP)MERVYN'S LLC
     CONTACT:                                    TELEPHONE: 5107275382
CLN: LP        EXTREME CONCEPTS, LLC.   INV:          TO        A/C
ITEMS COMING DUE WITHIN THE NEXT 060 DAYS.
                                                      SELECT
F1-RTN F2-RES(R) F3-FWD(>) F4-BKWD(<) F6-OPN(O) F7-FMT(F) F8-LOG(W) F11-DOC(L)
```

```
COLM06    COLLECTION SYSTEM          PAST DUE ITEM DISPLAY        14:39 10/31/08
AC DOC NO    ---CLIENT---- TR   TERMS   STOR RM INV/AS AC/DATE   DUE    AMOUNT    AC
      135970 LP    EXTREME  A1    060   0099 -  101308          121208  29,295.00
```

```
PAGE TOTAL:     29,295.00              RUNNING TOTAL:     263,569.80
CUS: 0000577670411 (DIP)MERVYN'S LLC
      CONTACT:                                   TELEPHONE: 5107275382
CLN: LP          EXTREME CONCEPTS, LLC     INV:         TO       A/C
ITEMS COMING DUE WITHIN THE NEXT 060 DAYS.
                                                              SELECT
F1-RTN F2-RES(R) F3-FWD(>) F4-BKWD(<) F6-OPN(O) F7-FMT(F) F8-LOG(W) F11-DOC(L)
```

```
COLM06    COLLECTION SYSTEM           PAST DUE ITEM DISPLAY        14:39 10/31/08
AC DOC NO    ---CLIENT---- TR   TERMS  STOR RM  INV/AS AC/DATE  DUE      AMOUNT    AC
   00267883 ND   ACCESSOR A1   030   0996 R  092408 101708 102408       174.92  28
   00267885 ND   ACCESSOR A1   030   0996 R  092408 101708 102408    18,365.76  28
   00267896 ND   ACCESSOR A1   030   0997 R  092408 101708 102408    11,981.48  28
   00268664 ND   ACCESSOR A1   030   0996 R  100108 101708 103108    99,506.88  28
   00268665 ND   ACCESSOR A1   060   0997 R  100108 101708 113008    66,156.48  28
     267888 ND   ACCESSOR I1   030          092408        102408    11,140.71
```

```
PAGE TOTAL:   207,326.23              RUNNING TOTAL:     207,326.23
CUS: 0000577670411 (DIP)MERVYN'S LLC
      CONTACT:                                   TELEPHONE: 5107275382
CLN: ND         ACCESSORY NETWORK GROUP,  INV:       TO         A/C
ITEMS COMING DUE WITHIN THE NEXT 060 DAYS.
                                                             SELECT

F1-RTN F2-RES(R) F3-FWD(>) F4-BKWD(<) F6-OPN(O) F7-FMT(F) F8-LOG(W) F11-DOC(L)
```

```
COLM06    COLLECTION SYSTEM           PAST DUE ITEM DISPLAY        14:39 10/31/08
AC DOC NO    ---CLIENT---- TR   TERMS  STOR RM  INV/AS AC/DATE   DUE    AMOUNT   AC
   00895282 AA45 ALL ACCE A1   015    0996 R  093008 101708 101508  41,730.00 28
   00895326 AA45 ALL ACCE A1   015    0996 R  093008 101708 101508  51,300.00 28
   00895327 AA45 ALL ACCE A1   015    0997 R  093008 101708 101508  20,700.00 28
   00895369 AA45 ALL ACCE A1   015    0997 R  093008 101708 101508  16,770.00 28
   00895755 AA45 ALL ACCE A1   015    0996 R  100308 101708 101808  30,600.00 28
   00895772 AA45 ALL ACCE A1   015    0997 R  100308 101708 101808  20,400.00 28
```

```
PAGE TOTAL:   181,500.00                 RUNNING TOTAL:    181,500.00
CUS: 0000577670411 (DIP)MERVYN'S LLC
      CONTACT:                                       TELEPHONE: 5107275382
CLN: AA45         ALL ACCESS APPAREL, INC.  INV:        TO        A/C
ITEMS COMING DUE WITHIN THE NEXT 060 DAYS.
                                                                 SELECT
F1-RTN F2-RES(R) F3-FWD(>) F4-BKWD(<) F6-OPN(O) F7-FMT(F) F8-LOG(W) F11-DOC(L)
```

```
COLM06    COLLECTION SYSTEM         PAST DUE ITEM DISPLAY        14:40 10/31/08
AC DOC NO   ---CLIENT---- TR  TERMS  STOR RM INV/AS AC/DATE   DUE     AMOUNT   AC
    274245 BF   ATHCO, I A1    020        R  092908 101708 101908   16,704.00 28
    274246 BF   ATHCO, I A1    020        R  092908 101708 101908    9,216.00 27
    274247 BF   ATHCO, I A1    020        R  092908 101708 101908   19,195.20 28
    274248 BF   ATHCO, I A1    020        R  092908 101708 101908   10,836.00 27
    274249 BF   ATHCO, I A1    020        R  092908 101708 101908   14,976.00 28
    274250 BF   ATHCO, I A1    020        R  092908 101708 101908    9,024.00 27
    274251 BF   ATHCO, I A1    020        R  092908 101708 101908   15,273.60 28
    274252 BF   ATHCO, I A1    020        R  092908 101708 101908   10,732.80 27
    274384 BF   ATHCO, I A1    020        R  100208 101708 102208   17,280.00 19
    274385 BF   ATHCO, I A1    020        R  100208 101708 102208   26,265.60 15




PAGE TOTAL:    149,503.20              RUNNING TOTAL:    149,503.20
CUS: 0000577670411 (DIP)MERVYN'S LLC
      CONTACT:                                TELEPHONE: 5107275382
CLN: BF        ATHCO, INC. GRASS ROOTS/C INV:      TO        A/C
ITEMS COMING DUE WITHIN THE NEXT 060 DAYS.
                                                           SELECT
F1-RTN F2-RES(R) F3-FWD(>) F4-BKWD(<) F6-OPN(O) F7-FMT(F) F8-LOG(W) F11-DOC(L)
```

```
COLM06    COLLECTION SYSTEM            PAST DUE ITEM DISPLAY         14:40 10/31/08
AC DOC NO    ---CLIENT---- TR  TERMS  STOR RM  INV/AS AC/DATE  DUE      AMOUNT    AC
      350654 CF   COLLECTI A1   015   0099 R   093008 100608 101508  13,075.20  19
      350655 CF   COLLECTI A1   015   0099 R   093008 101708 101508   7,285.24  27
      350656 CF   COLLECTI A1   015   0099 R   093008 100608 101508   4,580.36  19
      350657 CF   COLLECTI A1   015   0099 R   093008 101708 101508   2,617.35  27
      355638 CF   COLLECTI A1   030   0099 -   100808 101708 110708   5,171.56  15
      355639 CF   COLLECTI A1   030   0099 -   100808 101708 110708   3,447.71  15
      357617 CF   COLLECTI A1   030   0099 -   101008 101708 110908   8,386.56  19
      357618 CF   COLLECTI A1   030   0099 -   101008 101708 110908  10,183.68  19
```

```
PAGE TOTAL:    54,747.66              RUNNING TOTAL:      54,747.66
CUS: 0000577670411 (DIP)MERVYN'S LLC
     CONTACT:                                   TELEPHONE: 5107275382
CLN: CF          COLLECTION XIIX, LTD.     INV:       TO        A/C
ITEMS COMING DUE WITHIN THE NEXT 060 DAYS.
                                                        SELECT

F1-RTN F2-RES(R) F3-FWD(>) F4-BKWD(<) F6-OPN(O) F7-FMT(F) F8-LOG(W) F11-DOC(L)
```

```
COLM06    COLLECTION SYSTEM            PAST DUE ITEM DISPLAY      14:40 10/31/08
AC DOC NO    ---CLIENT---- TR  TERMS   STOR RM  INV/AS AC/DATE   DUE    AMOUNT   AC
        186098 EW    OLAES EN A1    060   0099 R  100708            120608  29,166.00
        186099 EW    OLAES EN A1    060   0099 R  100708            120608  15,664.00
```

```
PAGE TOTAL:     44,830.00             RUNNING TOTAL:      44,830.00
CUS: 0000577670411 (DIP)MERVYN'S LLC
      CONTACT:                                   TELEPHONE: 5107275382
CLN: EW          OLAES ENTERPRISES INC. DB INV:       TO        A/C
ITEMS COMING DUE WITHIN THE NEXT 060 DAYS.
                                                            SELECT
F1-RTN F2-RES(R) F3-FWD(>) F4-BKWD(<) F6-OPN(O) F7-FMT(F) F8-LOG(W) F11-DOC(L)
```

```
COLM06    COLLECTION SYSTEM              PAST DUE ITEM DISPLAY          14:41 10/31/08
AC DOC NO   ---CLIENT---- TR  TERMS  STOR RM  INV/AS AC/DATE  DUE     AMOUNT   AC
    00555542 SF   STARGATE A1 01/030  0996 R  091908          101908  20,910.00
    00555543 SF   STARGATE A1 01/030  0997 R  091908          101908  10,404.00
    00555855 SF   STARGATE A1    015  0996 R  092508 100608   101008   9,953.28  19
```

```
PAGE TOTAL:     41,267.28              RUNNING TOTAL:      41,267.28
CUS: 0000577670411 (DIP)MERVYN'S LLC
     CONTACT:                                       TELEPHONE: 5107275382
CLN: SF         STARGATE APPAREL INC.       INV:        TO        A/C
ITEMS COMING DUE WITHIN THE NEXT 060 DAYS.
                                                          SELECT
F1-RTN F2-RES(R) F3-FWD(>) F4-BKWD(<) F6-OPN(O) F7-FMT(F) F8-LOG(W) F11-DOC(L)
```

Date: 10/31/2008 Time: 2:44:22 PM

```
COLM06    COLLECTION SYSTEM          PAST DUE ITEM DISPLAY        14:41 10/31/08
AC DOC NO    ---CLIENT---- TR  TERMS  STOR RM INV/AS AC/DATE  DUE    AMOUNT   AC
     052037 BV   BOSTON H A1    015        R  100608 101008 102108  18,812.40 19
     052038 BV   BOSTON H A1    015        R  100608 101008 102108   5,551.20 19
```

```
PAGE TOTAL:    24,363.60             RUNNING TOTAL:      24,363.60
CUS: 0000577670411 (DIP)MERVYN'S LLC
      CONTACT:                              TELEPHONE: 5107275382
CLN: BV        BOSTON HARBOUR LLC       INV:        TO        A/C
ITEMS COMING DUE WITHIN THE NEXT 060 DAYS.
                                                        SELECT
F1-RTN F2-RES(R) F3-FWD(>) F4-BKWD(<) F6-OPN(O) F7-FMT(F) F8-LOG(W) F11-DOC(L)
```

```
COLM06    COLLECTION SYSTEM        PAST DUE ITEM DISPLAY        14:41 10/31/08
AC DOC NO   ---CLIENT---- TR  TERMS   STOR RM INV/AS AC/DATE  DUE    AMOUNT   AC
    627514 EX   EXQUISIT S1 01/015      R  082008 100608 090408      290.00 68
    627518 EX   EXQUISIT S1 01/015      R  082008 100608 090408      261.20 68
    627519 EX   EXQUISIT S1 01/015      R  082008 100608 090408      407.60 68
    627533 EX   EXQUISIT S1 01/015      R  082008 100608 090408      218.20 68
    627539 EX   EXQUISIT S1 01/015      R  082008 100608 090408      205.80 68
    627540 EX   EXQUISIT S1 01/015      R  082008 100608 090408      179.20 68
    627541 EX   EXQUISIT S1 01/015      R  082008 100608 090408      532.60 68
    627543 EX   EXQUISIT S1 01/015      R  082008 100608 090408      300.20 68
    627544 EX   EXQUISIT S1 01/015      R  082008 100608 090408      140.20 68
    627549 EX   EXQUISIT S1 01/015      R  082008 100608 090408      160.00 68
    627557 EX   EXQUISIT S1 01/015      R  082008 100608 090408      202.40 68
    627558 EX   EXQUISIT S1 01/015      R  082008 100608 090408      290.60 68
    627559 EX   EXQUISIT S1 01/015      R  082008 100608 090408      166.80 68
    627560 EX   EXQUISIT S1 01/015      R  082008 100608 090408      225.00 68
    627561 EX   EXQUISIT S1 01/015      R  082008 100608 090408      156.60 68
PAGE TOTAL:     3,736.40            RUNNING TOTAL:      3,736.40
CUS: 0000577670411 (DIP)MERVYN'S LLC
     CONTACT:                                  TELEPHONE: 5107275382
CLN: EX        EXQUISITE APPAREL CORP.   INV:        TO        A/C
ITEMS COMING DUE WITHIN THE NEXT 060 DAYS.
                                                      SELECT
F1-RTN F2-RES(R) F3-FWD(>) F4-BKWD(<) F6-OPN(O) F7-FMT(F) F8-LOG(W) F11-DOC(L)
```

```
COLM06    COLLECTION SYSTEM        PAST DUE ITEM DISPLAY       14:42 10/31/08
AC DOC NO    ---CLIENT---- TR  TERMS   STOR RM INV/AS AC/DATE   DUE     AMOUNT   AC
    627565 EX    EXQUISIT S1 01/015      R  082008 100608 090408      212.00 68
    627571 EX    EXQUISIT S1 01/015      R  082008 100608 090408      114.20 68
    627572 EX    EXQUISIT S1 01/015      R  082008 100608 090408      192.80 68
    627574 EX    EXQUISIT S1 01/015      R  082008 100608 090408      238.00 68
    627576 EX    EXQUISIT S1 01/015      R  082008 100608 090408      202.40 68
    627577 EX    EXQUISIT S1 01/015      R  082008 100608 090408      202.40 68
    627578 EX    EXQUISIT S1 01/015      R  082008 100608 090408      169.60 68
    627580 EX    EXQUISIT S1 01/015      R  082008 100608 090408      257.80 68
    627582 EX    EXQUISIT S1 01/015      R  082008 100608 090408      284.40 68
    627587 EX    EXQUISIT S1 01/015      R  082008 100608 090408      173.00 68
    627589 EX    EXQUISIT S1 01/015      R  082008 100608 090408      303.60 68
    627590 EX    EXQUISIT S1 01/015      R  082008 100608 090408      173.00 68
    627594 EX    EXQUISIT S1 01/015      R  082008 100608 090408      218.80 68
    627596 EX    EXQUISIT S1 01/015      R  082008 100608 090408       68.40 68
    627600 EX    EXQUISIT S1 01/015      R  082008 100608 090408      117.60 68
PAGE TOTAL:       2,928.00          RUNNING TOTAL:      6,664.40
CUS: 0000577670411 (DIP)MERVYN'S LLC
     CONTACT:                                  TELEPHONE: 5107275382
CLN: EX       EXQUISITE APPAREL CORP.   INV:         TO        A/C
ITEMS COMING DUE WITHIN THE NEXT 060 DAYS.
                                                      SELECT
   F1-RTN F2-RES(R) F3-FWD(>) F4-BKWD(<) F6-OPN(O) F7-FMT(F) F8-LOG(W) F11-DOC(L)
```

```
COLM06    COLLECTION SYSTEM          PAST DUE ITEM DISPLAY        14:42 10/31/08
AC DOC NO    ---CLIENT---- TR  TERMS  STOR RM  INV/AS AC/DATE  DUE    AMOUNT   AC
    627601 EX    EXQUISIT S1 01/015      R   082008 100608 090408     238.00 68
    627602 EX    EXQUISIT S1 01/015      R   082008 100608 090408     143.60 68
    627604 EX    EXQUISIT S1 01/015      R   082008 100608 090408     290.60 68
    627606 EX    EXQUISIT S1 01/015      R   082008 100608 090408     231.80 68
    627607 EX    EXQUISIT S1 01/015      R   082008 100608 090408     130.60 68
    627610 EX    EXQUISIT S1 01/015      R   082008 100608 090408     192.80 68
    627613 EX    EXQUISIT S1 01/015      R   082008 100608 090408     244.80 68
    627614 EX    EXQUISIT S1 01/015      R   082008 100608 090408     160.00 68
    627617 EX    EXQUISIT S1 01/015      R   082008 100608 090408     313.80 68
    627618 EX    EXQUISIT S1 01/015      R   082008 100608 090408     147.00 68
    627619 EX    EXQUISIT S1 01/015      R   082008 100608 090408     274.20 68
    627621 EX    EXQUISIT S1 01/015      R   082008 100608 090408     170.20 68
    627624 EX    EXQUISIT S1 01/015      R   082008 100608 090408     277.60 68
    627627 EX    EXQUISIT S1 01/015      R   082008 100608 090408     255.00 68
    627631 EX    EXQUISIT S1 01/015      R   082008 100608 090408     176.40 68
PAGE TOTAL:      3,246.40              RUNNING TOTAL:      9,910.80
CUS: 0000577670411 (DIP)MERVYN'S LLC
     CONTACT:                                   TELEPHONE: 5107275382
CLN: EX          EXQUISITE APPAREL CORP.   INV:         TO        A/C
ITEMS COMING DUE WITHIN THE NEXT 060 DAYS.
                                                          SELECT
  F1-RTN F2-RES(R) F3-FWD(>) F4-BKWD(<) F6-OPN(O) F7-FMT(F) F8-LOG(W) F11-DOC(L)
```

```
COLM06    COLLECTION SYSTEM         PAST DUE ITEM DISPLAY        14:42 10/31/08
AC DOC NO    ---CLIENT---- TR  TERMS   STOR RM  INV/AS AC/DATE   DUE     AMOUNT   AC
    627632 EX    EXQUISIT S1 01/015       R   082008 100608 090408     140.20 68
    627634 EX    EXQUISIT S1 01/015       R   082008 100608 090408     231.80 68
    627637 EX    EXQUISIT S1 01/015       R   082008 100608 090408      97.80 68
    627641 EX    EXQUISIT S1 01/015       R   082008 100608 090408     215.40 68
    627642 EX    EXQUISIT S1 01/015       R   082008 100608 090408     316.60 68
    627645 EX    EXQUISIT S1 01/015       R   082008 100608 090408     290.60 68
    627646 EX    EXQUISIT S1 01/015       R   082008 100608 090408     176.40 68
    627647 EX    EXQUISIT S1 01/015       R   082008 100608 090408     156.60 68
    627648 EX    EXQUISIT S1 01/015       R   082008 100608 090408     192.80 68
    627649 EX    EXQUISIT S1 01/015       R   082008 100608 090408     215.40 68
    627650 EX    EXQUISIT S1 01/015       R   082008 100608 090408     307.00 68
    627651 EX    EXQUISIT S1 01/015       R   082008 100608 090408     160.00 68
    627652 EX    EXQUISIT S1 01/015       R   082008 100608 090408     143.60 68
    627653 EX    EXQUISIT S1 01/015       R   082008 100608 090408     156.60 68
    627654 EX    EXQUISIT S1 01/015       R   082008 100608 090408     225.00 68
PAGE TOTAL:      3,025.80            RUNNING TOTAL:      12,936.60
CUS: 0000577670411 (DIP)MERVYN'S LLC
     CONTACT:                                      TELEPHONE: 5107275382
CLN: EX      EXQUISITE APPAREL CORP.   INV:        TO        A/C
ITEMS COMING DUE WITHIN THE NEXT 060 DAYS.
                                                        SELECT
F1-RTN F2-RES(R) F3-FWD(>) F4-BKWD(<) F6-OPN(O) F7-FMT(F) F8-LOG(W) F11-DOC(L)
```

```
COLM06    COLLECTION SYSTEM          PAST DUE ITEM DISPLAY          14:42 10/31/08
AC DOC NO   ---CLIENT---- TR  TERMS  STOR RM  INV/AS AC/DATE  DUE      AMOUNT   AC
        627655 EX    EXQUISIT S1 01/015      R   082008 100608 090408     231.80 68
        627656 EX    EXQUISIT S1 01/015      R   082008 100608 090408     176.40 68




PAGE TOTAL:        408.20             RUNNING TOTAL:       13,344.80
CUS: 0000577670411 (DIP)MERVYN'S LLC
     CONTACT:                                     TELEPHONE: 5107275382
CLN: EX      EXQUISITE APPAREL CORP.    INV:         TO         A/C
ITEMS COMING DUE WITHIN THE NEXT 060 DAYS.
                                                              SELECT
F1-RTN F2-RES(R) F3-FWD(>) F4-BKWD(<) F6-OPN(O) F7-FMT(F) F8-LOG(W) F11-DOC(L)
```

Date: 10/31/2008 Time: 2:45:43 PM

Mevuyn's

| Invoice # | Date | Amount |
|---|---|---|
| 745407 | 10/1/08 | 9,168.00 |
| 745408 | 10/1/08 | 2,865.00 |
| 745519 | 10/3/08 | 3,019.71 |
| 745520 | 10/3/08 | 1,753.38 |
| 745521 | 10/3/08 | 2,922.30 |
| 745522 | 10/3/08 | 1,850.79 |
| 745523 | 10/3/08 | 3,667.20 |
| 745524 | 10/3/08 | 2,292.00 |
| 745525 | 10/3/08 | 5,649.78 |
| 745526 | 10/3/08 | 3,896.40 |

Total 37,084.56

User: ROZL
Version: 06.00.03.00 Customer SP: 882

Filter Criteria: Customer: MERVN

NOTATIONS, INC.
A/R Open Items - ROZ - ALL OPEN A/R BY CUST. AND REASON

Report: zzrtbrpt
10/28/08 10:45:41 AM

| Customer | Customer Name | Div | Doc Typ | A/R Rsn | A/R Rsn Desc | Doc No. | Doc Date | Doc Amt | Reference | SlsRep | Specialist |
|----------|---------------|-----|---------|---------|--------------|---------|----------|---------|-----------|--------|-----------|
| MERVN | MERVYNS | 1 | INV | | | 4334871 | 10/02/08 | 3417.98 | 0000541809 | LAURAR | |
| MERVN | MERVYNS | 1 | INV | | | 4334872 | 10/02/08 | 3566.02 | 0000541828 | LAURAR | |
| MERVN | MERVYNS | 1 | INV | | | 4334873 | 10/02/08 | 4689.79 | 0000541808 | LAURAR | |
| MERVN | MERVYNS | 1 | INV | | | 4334874 | 10/02/08 | 5305.54 | 0000541827 | LAURAR | |

*Customer: MERVN Subtotal(s)*  16979.33

*Grand Totals:*  16979.33



April 15, 2009

**Mervyn's Claims Processing**
**c/o Kurtzman Carson Consultants LLC**
**2335 Alaska Avenue**
**El Segundo,California 90245**

**Re:Mervyn's Holdings , LLC et al.,**
    **Case # 08-11586 (KG)  Jointly Administered**

Dear Sir / Madam:

Please find attached a copy of our **ADMINISTRATIVE  PROOF OF CLAIM** against
the above bankrupt subject in the amount of $1,034,516.46.We are assigned  #678 in your
Claims Register as a General Unsecured Creditor. Kindly correct your records to indicate
Wells Fargo Trade Capital claim # 678 as an **ADMINISTRATIVE CLAIM**

Please sign and return a copy of this letter as acknowledgement that you received it..
Enclosed is a self-addressed stamped envelope for your convenience.


Very truly yours,

Prematie Fleming
Assistant Vice President
Wells Fargo Trade Capital
Tel:212.703.3587
Fax:1.866.518.6425 / 212.703.3581
prematie .fleming@wellsfargo.com


RECEIVED
APR 2 0 2009
KURTZMAN CARSON CONSULTANTS

A **WELLS FARGO** Company

**EXHIBIT D**
CREDITOR DATA

# Creditor Data for Claim Number 678

| | |
|---|---|
| Creditor Name: Wells Fargo Trade Capital<br>Creditor Notice Name: | Date Claim Filed: 11/10/2008<br>KCC Claim #: 678<br>Amend/Replace? No |
| Debtor Name: Mervyn's Holdings, LLC<br>Case Number: 08-11586 | |
| Claim Nature: Admin Priority<br>Amount of Claim: $1,034,516.46 | Creditor Info Altered? N |
| Schedule:<br>Schedule Amt: | |

# Creditor Data

| | |
|---|---|
| Creditor Name: ACCESSORY NETWORK GRP INC<br>Creditor Notice Name: | Date Claim Filed:<br>KCC Claim #:<br>Amend/Replace? No |
| Debtor Name: Mervyn's LLC<br>Case Number: 08-11587 | |
| Claim Nature: General Unsecured<br>Amount of Claim: | Creditor Info Altered? N |
| Schedule: F<br>Schedule Amt: $129,872.63 | |