# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **MERVYNS LLC**
Case No. **08-11586**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| EQUITY TRUST CO | **STONY APPAREL CORP** |
| Name of Transferee | Name of Transferor |

Name and Address where notices and payments to transferee should be sent:

EQUITY TRUST CO
225 BURNS ROAD
ELYRIA, OH 44035

Court Claim # (if known):
Amount of Claim: **$724,890.44**
Date Claim Filed:

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Jeff Caress                    Date: 7/14/2009
  Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

360317

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **MERVYNS LLC**
Case No. **08-11586**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 7/14/2009.

| | |
|---|---|
| Equity Trust Co<br>**Name of Transferee** | **STONY APPAREL CORP**<br>**Name of Alleged Transferor** |
| Address of Transferee:<br>225 BURNS ROAD<br>ELYRIA, OH 44035 | Address of Alleged Transferor:<br>**STONY APPAREL CORP**<br>**1500 S EVERGREEN AVENUE**<br>**Los Angeles, CA 90023** |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                     **CLERK OF THE COURT**

360317

**TRANSFER NOTICE**

Stony Apparel Corp. ("Assignor"), transfers and assigns unto Equity Trust Company Custodian FBO David Fishel IRA with an address at 225 Burns Road, Elyria, OH 44035, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Mervyn's LLC (the "Debtor"), in the aggregate amount of $724,890.44 representing all administrative expense claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 08-11586.

IN WITNESS WHEREOF, Assignor has signed below as of the ___7___ day of __July__, 2009.

WITNESS:
Stony Apparel Corp.                              Equity Trust Company Custodian FBO David Fishel IRA

By: _Richard J. Swartz_                          By: _[signature]_
(Signature)                                      (Signature)
                                                 **Rita Grasso**
_RICHARD J. SWARTZ_
(Print Name of Witness)                          (Print Name and Title)
                                                 **CORPORATE ALTERNATE SIGNER**

360317