# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:

MERVYN'S HOLDINGS, LLC

Debtor.

) Chapter 11
)
) Case No.: 08-11586
)
)
) **TRANSFER OF CLAIM**
) **BANKRUPTCY RULE 3001(E)(2)**
)
)
)

NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E)(2)

**Name of Proposed Transferor:**
L & S Linens, LLC
321 Allerton Ave.
South San Francisco, CA 94080

**Name of Transferee:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on _____

INTERNAL CONTROL NO._____
Copy (check)   Claims Agent_____   Transferee_____
Debtor's Attorney_____

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

MERVYN'S HOLDINGS, LLC, et. al.,

Debtors.

) Chapter 11
)
) Case No.: 08-11586(KG)
)
)
) **TRANSFER OF CLAIM**
) **BANKRUPTCY RULE 3001(E)(2)**
)
)
)

PLEASE TAKE NOTICE that the two administrative expense claims of L & S Linens, LLC (underlying creditor or "Transferor") against the above captioned Debtor in the amount of $113,894.63, (Order Granting Stipulation at Docket number 3226) and the Bankruptcy Code Section 503(b)(9) claim in the amount of $104,158.10 (Order Granting Stipulation at docket number 1276) as listed within the debtor's docket have been sold, transferred and assigned (absolutely and not for security) 50% to United States Debt Recovery LLC., and 50% to United States Debt Recovery II, LLC ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby sell, assign and transfer my claims and all rights there under to USDR upon terms as set forth in the letter agreement between the parties. I represent and warrant that the claims are as reflected in the two Stipulated Orders and have not been previously objected to, sold, or satisfied. Other that as stated above, USDR assumes all risks associated with the debtor's ultimate payment, if any upon the claims. I agree that upon request, I will deliver to USDR any correspondence, payment received after the date of this agreement and any supporting materials (if requested by USDR) documenting the claim. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:**

Print Name ANSHAN LI   Title: CEO

Signature: [signature]   Date: July 10, 2009

Corrected Address (if req.) 321 ALLERTON AVE, So SAN FRANCISCO, CA 94080

Phone: (650) 837-1908   E-Mail: _____

**TRANSFEREE:**
United States Debt Recovery LLC (50%)
United States Debt Recovery II, LLC (50%)
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: [signature]
Nathan E. Jones, Managing Director