Form 210A (10/06)

# United States Bankruptcy Court
# District of Delaware

In re:      Mervyn's Holdings, LLC, et al.
Case No.    08-11586, Jointly Administered

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**The Seaport Group**

Name of Transferor:
**Fair Harbor Capital, LLC**
As assignee of Andin International Inc.

Name and Address where notices to transferee should be sent:

    The Seaport Group
    360 Madison Ave
    New York, NY 10017

Court Claim # (if known): #6574
Amount of Claim: $442,192.03
Date Claim Filed:

Name and Address of Transferor:

    Fair Harbor Capital, LLC
    Ansonia Finance Station
    PO Box 237037
    New York, NY 10023

Phone:   212 967 4035
Last Four Digits of Acct #:   n/a

Phone:
Last Four Digits of Acct. #:   n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:   n/a
Last Four Digits of Acct #:   n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   */s/Fredric Glass*             Date:   July 27, 2009
    Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# District of Delaware

In re:     Mervyn's Holdings, LLC, et al.
Case No.   08-11586, Jointly Administered

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

### Claim No. #6574 (if known)

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on July 27, 2009.

Name of Transferee:                         Name of Transferor:
 The Seaport Group                           Fair Harbor Capital, LLC
                                             As assignee of Andin International Inc.

The Seaport Group
360 Madison Ave
New York, NY 10017
                                            Name and Address of Alleged
                                            Transferor:

                                               Fair Harbor Capital, LLC
                                               Ansonia Finance Station
                                               PO Box 237037
                                               New York, NY 10023

---

## ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                        _____
                                            Clerk of the Court

**TRANSFER NOTICE**

Fair Harbor Capital, LLC ("Assignor") transfers and assigns unto The Seaport Group LLC, with an address at 360 Madison Avenue, New York, NY 10017, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of the Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Mervyn's Holdings, LLC, et al. (the "Debtor"), Claim no. 6574 of Assignor pending against the Debtor in the United States Bankruptcy Court for the District of Delaware, jointly administered as Case No. 08-11586.

In Witness Whereof, Assignor has signed below as of the 17th day of July, 2009.

Assignor:
FAIR HARBOR CAPITAL LLC

By: _____
Name: Fredric Glass
Title: Member

Assignee:
THE SEAPORT GROUP LLC

By: _____
Name: Jonathan Silverman
Title: Chief Legal Counsel 7/17/09

Claim # 6574