# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERVYN'S HOLDINGS, LLC, et al., | ) | Case No. 08-11586 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claims filed by the Transferor identified below with respect Debtors or deemed filed under 11 U.S.C. § 1111(a), bearing the claim numbers set forth below (the "Claims"):

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the Claims referenced in this evidence and notice. Transferee is now the holder of the Claims.

Transferee:                                          Transferor:
Springfield Enterprises Inc.                         Alliance Footwear, Inc.

Name and address where notices to transferee and transferee payments should be sent:

Springfield Enterprises Inc.
Attn: Raymond Chan
401 Broadway, Room 902
New York, N.Y. 10013

Claim No.: 6008, for $192,355.65;
Claim No.: 1643, for $182,335.05;
Claim No.: 7144, for $192,355.65;
Claim No.: 1643, for $339,805.95; and
Claim No.: 7217, for $69,883.20.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Dated: August _14_, 2009
          Wilmington, DE

                                **MESSANA ROSNER & STERN LLP**

                                Kenneth L. Dorsney (DE #3726)
                                1000 N. West Street, Suite 1200
                                Wilmington, DE 19801
                                Telephone:  (302) 777-1111
                                Kdorsney@mrs-law.com