# ASSIGNMENT OF BANKRUPTCY CLAIMS

THIS ASSIGNMENT OF BANKRUPTCY CLAIMS (the "Assignment") dated as of July 27, 2009, is between ALLIANCE FOOTWEAR, INC., a New York corporation ("Assignor"), and its successor in interest, SPRINGFIELD ENTERPRISES INC., a New York corporation ("Assignee").

A. Assignor is a creditor of one or more of the Debtors in the bankruptcy case of *In re: Mervyn's Holdings, LLC, et al.*, Case No. 08-11586 (KG), filed in the District of Delaware (the "Bankruptcy Case").

B. Assignor filed administrative and unsecured claims against the Debtors in the Bankruptcy Case as follows:

    i. Administrative Claims:

        1. Claim No. 6008 for $192,355.65;

        2. Claim No. 1643 for $182,335.05; and

        3. Claim No. 7144 for $192,355.65.

    ii. Unsecured Claims:

        1. Claim No. 1643 for $339,805.95; and

        2. Claim No. 7217 for $69,883.20 (together, the "Claims").

C. On June 16, 2009, Assignor and Debtors entered into a stipulation in the Bankruptcy Case whereby they stipulated and agreed that Assignor shall be allowed an administrative expense claim against Debtor, Mervyn's LLC, pursuant to 11 U.S.C. § 503(b)(9) in the amount of $192,355.65 (the "Allowed Administrative Expense Claim"). By Order dated June 17, 2009, the Court approved the stipulation [Dkt. No. 3559].

D. Assignor desires to assign to Assignee, as successor in interest to Assignor, all of Assignor's rights in the Allowed Administrative Expense Claim and the Claims, and Assignee desires to accept the assignment thereof.

E. All notices in the Bankruptcy Cases regarding the Allowed Administrative Expense Claim and the Claims and all payments made pursuant thereto shall heretofore be directed and made to Assignee at the following address:

        Springfield Enterprises Inc.
        Attn: Raymond Chan
        401 Broadway, Room 902
        New York, N.Y. 10013

ACCORDINGLY, the parties hereby agree as follows:

1.  As of the date hereof Assignor hereby assigns all of its rights in and to the Allowed Administrative Expense Claim and the Claims to Assignee.

Assignor and Assignee have executed this Agreement the day and year first above written.

ASSIGNOR:

ALLIANCE FOOTWEAR, INC.

By: _____
Name: Steven Podhaizer
Title: President

ASSIGNEE:

SPRINFIELD ENTERPRISES INC.

By: _____
Name: Michael Lin
Title: President