# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No.: 08-11586(KG)<br>)<br>) |
| MERVYN'S HOLDINGS, LLC, et. al., | ) TRANSFER OF CLAIM<br>) BANKRUPTCY RULE 3001(E)(2) |
| Debtors. | )<br>)<br>) |

PLEASE TAKE NOTICE that claim number 356 of Bon Motif Co., (underlying creditor or "Transferor") against the above captioned Debtor in the amount of $10,710.00, has been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery LLC ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby sell, assign and transfer my claims and all rights there under to USDR upon terms as set forth in the letter agreement between the parties. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

TRANSFEROR: Bon Motif Co..

Print Name: DAVID P HIMY    Title: PRESIDENT
Signature: David P Himy    Date: 2-17-2010
Corrected Address (If req.): 4048 Horton Street Emeryville CAL. 94608
Phone: 510-655-2000    E-Mail: DAVID HIMY @ Bon Motif. com

TRANSFEREE:
United States Debt Recovery LLC
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _____
Nathan E. Jones, Managing Director

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:

MERVYN'S HOLDINGS, LLC

Debtor.

) Chapter 11
)
) Case No.: 08-11586
)
)
) **TRANSFER OF CLAIM**
) **BANKRUPTCY RULE 3001(E)(2)**
)
)
)

NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E)(2)

**Name of Proposed Transferor:**
Bon Motif Company
David Himy
4045 Horton St.
Emeryville, CA 94608

**Name of Transferee:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on _____
INTERNAL CONTROL NO._____
Copy (check)   Claims Agent_____   Transferee_____
Debtor's Attorney_____

_____
Deputy Clerk