UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MERVYN'S HOLDINGS, LLC<br><br>Debtor. | Chapter 11<br><br>Case No.: 08-11586<br><br>**TRANSFER OF CLAIM**<br>**BANKRUPTCY RULE 3001(E)(2)** |

PLEASE TAKE NOTICE that the administrative priority claim of Nurian International, Inc. (underlying creditor or "Transferor") against the above captioned Debtor in the amount of $245,913.06 as set forth in Transferor's proof of claim and/or order of the Court and all priority claims of Transferor associated with such claim have been transferred and assigned (absolutely and not for security) for good and valuable consideration to Jefferies Leveraged Credit Products, LLC ("JLCP"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights thereunder to JLCP upon terms as set forth in the offer letter received. I represent and warrant that the claim is not less than $245,913.06, and has not previously been sold or satisfied. Other than as stated above, JLCP assumes all risks associated with the debtor's ultimate payment, if any, upon the claims. I agree that upon request, I will deliver to JLCP any correspondence, payment received after the date of this agreement and any supporting materials (if requested by JLCP) documenting the claim. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, JLCP below.

**TRANSFEROR:**

Print Name: _Lee Dong Sen_   Title: _President_

Signature: _[signature]_   Date: _May 13, 2010_

Corrected Address (if req.): _____

Phone: _82-2-3433-0567_   E-Mail: _kelsey@nurian.org_

**TRANSFEREE:**
Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, CT 06902

Signature: _[signature]_
Mike Richards

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
ONE STATION PLACE, THREE NORTH
STAMFORD, CT 06902
(203) 363-8251
(203) 425-1636

Re: Offer to Purchase Creditor's Claim in Mervyn's Holdings, LLC et. al, Case No.: 08-11586
THE DISTRICT OF DELAWARE

May 7, 2010

Jefferies Leveraged Credit Products, LLC ("JLCP"), offers to purchase the administrative priority claim(s) of Nurian International, Inc. ("Nurian" or "Creditor") in the MERVYN'S HOLDINGS, LLC Bankruptcy Case on the following terms:

1. MERVYN'S HOLDINGS Claims Agent Kurtzman Carson Consultants ("KCC") shows the following administrative priority claim held by Creditor, KCC Claim No. 5009, in the amount of $327,913.06, which was reduced to the amount of $245,913.06, by order on Mervyn's Twelfth Omnibus Objections to Claims.
2. We agree to purchase this claim for      of $245,913.06, o
3. CREDITOR is not an insider of the debtor.
4. CREDITOR has not been paid on the above claim. Mervyn's objected to such claim, but the Court reduced such claims to the amounts above.
5. CREDITOR has not previously assigned, sold, hypothecated or pledged the claim to any third party, in whole or in part.
6. CREDITOR solely owns and has good title to the claim without any liens or encumbrances.
7. CREDITOR agrees to furnish additional information including invoices and delivery receipts supporting such claims if requested.
8. CREDITOR agrees to turn-over any funds paid on such claim received after the purchase by JLCP, if such payments are inadvertently made to Creditor.
9. All funds will be wired to the account of CREDITOR by JLCP within 1 business day of document execution and wiring instructions.
10. CREDITOR to execute the attached Claim Transfer Document.
11. Upon Creditor's certification that CREDITOR has received payment from JLCP, JLCP shall file the Transfer of Claim notice with the Court. Upon JLCP's filing of such notice, JLCP assumes all right and obligation to prosecute and defend the transferred claims and Creditor shall have no further obligation to prosecute or defend such claims, except as specifically provided in the Letter Agreement and Transfer of Claim Notice.
12. JLCP acknowledges and agrees that Creditor's transfer and assignment of its claim(s) is made on a **non-recourse, "as-is"** basis, and Creditor's obligations to JLCP are expressly limited to the terms set forth in this Letter Agreement, and the Transfer of Claim Notice executed by Nurian and to be filed with the court. Nurian has made no representations or warranties as to the amount of distributions, if any, to be made on the transferred claim(s). CREDITOR makes no representation or warranty as to the debtor's treatment of the prepetition claims of CREDITOR.
13. The Letter Agreement and the Transfer of Claim Notice (together the "Transfer Agreement"), taken together, (a) constitute the entire agreement and understanding between the parties hereto with respect to the subject matter hereof; (b) supersede and all prior discussions, negotiations, prior agreements, understandings, and representations between the parties, whether written or oral, with respect to the subject matter hereof; (c) may not be modified, waived, changed or discharged, in whole or in part, except by an agreement in writing signed by the parties. Both parties drafted the Transfer Agreement.

This Transfer Agreement may be executed in counterparts and by facsimile or e-mail, each of which shall be deemed an original and all of which taken together shall constitute the Transfer Agreement.
14. The person executing this agreement is authorized to sell the claims against MERVYN'S HOLDINGS.
15. This offer is valid until May 15, 2010.

Very Truly Yours

*[signature]*

Mike Richards
Jefferies Leveraged Credit Products, LLC


Agreed and Accepted:

Nurian International, Inc.

By: *[signature]*
Name: Lee Dong Sen
Title: President