B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **MERVYN'S HOLDINGS, LLC,**                                 Case No. **08-11586**

## PARTIAL NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY (TRANSFEROF ADMINISTRATIVE PORTION OF CLAIM)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **LIQUIDITY SOLUTIONS, INC.** | **SHOGREN HOSIERY MFG CO INC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601**

Court Claim # (if known): **5539**
Amount of Claim: **$5,153.38**
Date Claim Filed: **1/7/2009**

Phone: **(201) 968-0001**                                        Phone: _____
Last Four Digits of Acct #: _____                      Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Jeffrey Caress                                         Date:  5/21/2010
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

                                                                                    **3141594**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **MERVYN'S HOLDINGS, LLC,**  Case No. **08-11586**

## PARTIAL NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY (TRANSFEROF ADMINISTRATIVE PORTION OF CLAIM)

Claim No.**5539** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **5/21/2010**.

**LIQUIDITY SOLUTIONS, INC.**  
Name of Alleged Transferee

**SHOGREN HOSIERY MFG CO INC**  
Name of Transferor

Address of Alleged Transferee:  
**One University Plaza, Suite 312**  
**Hackensack, NJ 07601**

Address of Transferor:  
SHOGREN HOSIERY MFG CO INC  
PO BOX 585  
CONCORD, NC 28026

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____  
                                            **CLERK OF THE COURT**

3141594

**TRANSFER NOTICE**

Shogren Hosiery Mfg Co Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the administrative Claim of Assignor as set forth in the Agreement against **MERVYN'S HOLDINGS, LLC** ("Debtor"), in the aggregate amount of **$5,153.38,** representing all administrative claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 08-11586.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2010

Shogren Hosiery Mfg Co Inc

_____
(Signature)

Tony M Shogren
(Print Name and Title)

_____
Liquidity Solutions, Inc.

MERVYN'S HOLDINGS, LLC
Claim # 5539
Shogren Hosiery Mfg Co Inc


3141594