# United States Bankruptcy Court
## District of Delaware

In re Mervyn's Holdings, LLC, et al.

Case No. 08-11586
Jointly Administered

Chapter 11

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

**Contrarian Funds, LLC**
Name of Transferee

Name and Address where notices to transferee should be sent

**Contrarian Funds, LLC**
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attn: Alisa Mumola
Phone 203-862-8211

**Fun Apparel Inc**
Name of Transferor

Name and Current Address of Transferor

**Fun Apparel Inc**
10650 Kinghurst Dr
Houston, TX 77099

**Scheduled Amount $55.40 against Case No. 08-11587**
**Scheduled Amount $114,084.90 against Case No. 08-11587**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____
     Transferee/Transferee's Agent

Date: _____March 21, 2011_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

FUN APPAREL INC., a Texas corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated March 17, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 17th day of March 2011.

(Assignor)
FUN APPAREL INC.

By: _____
Name: ROGER ARORA
Title: PRESIDENT

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER

(Assignor)
WITNESS:

By: _____
Name: JASON HOFFART
Title: VP

## Schedule A
## Fun Apparel Inc.

| Debtor | Case Number | Scheduled Amount |
|---|---|---|
| Mervyn's LLC | 08-11587 | 114,084.90 |
| Mervyn's LLC | 08-11587 | 55.40 |

Initials:
Seller _____
Buyer _____