# United States Bankruptcy Court
## District of Delaware

In re Mervyn's Holdings, LLC, et al.　　　　　Case No. 08-11586
　　　　　　　　　　　　　　　　　　　　　　Jointly Administered

　　　　　　　　　　　　　　　　　　　　　　Chapter 11

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Hansae Co Ltd** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **Hansae Co Ltd**<br>Snell & Wilmer LLP<br>350 S Grand Ave Ste 2600<br>c o Henry S David<br>Los Angeles, CA 90071 |

**Claim No 5106 in the amount of $1,456,535.86 (Admin)**
**Claim No 5106 in the amount of $1,809,331.55 (Unsecured)**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____　　　Date: _____April 27, 2011_____
　　　Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**Hansae Co., Ltd.**, a Korean corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated April 25, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") Assignor's general unsecured claim in the allowed amount of $1,809,331.55, Assignor's 503(b)(9) claim in the allowed amount of $1,061,277.88, and Assignor's administrative claim in the allowed amount of $395,257.98, all together Claim no. 5106 (collectively, the "Claims") against Mervyn's Holdings, LLC, et al., (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, case no. 08-11586 (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of the Claims as an unconditional assignment and Assignee as the valid owner of the Claims.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 21st day of April, 2011.

(Assignor)
HANSAE CO., LTD.

By: _____
Name: __LEE, YONG BAEK__
Title: __PRESIDENT__

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: __MICHAEL J. RESTIFO__
Title: __CFO/MEMBER__

(Assignor)
WITNESS:

By: _____
Name: __YOO, TAE SUNG__
Title: __ACCOUNTING MANAGER__