# United States Bankruptcy Court
## District of Delaware

In re Mervyn's Holdings, LLC, et al.        Case No. 08-11586
                                            Jointly Administered

                                            Chapter 11

### AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Contrarian Funds, LLC** | **First Commercial Credit Corp** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **First Commercial Credit Corp**<br>1185 Avenue of the Americas, 18th Floor<br>New York, NY 10036<br>Attn: Karl Schwarzfeld |

**Claim No. 5156, Allowed Post-Petition Admin Expense Claim in the amount of $100,000.00**
**Claim No. 6003, Allowed Post-Petition Admin Expense Claim in the amount of $155,804.94**
**Claim Nos. 5632 & 5987, Allowed Post-Petition Admin Expense Claim in the amount of $152,930.42**
**Claim Nos. 5634, 6002 & 6333, Allowed Post-Petition Admin Expense Claim in the amount of $68,736.29**
**Claim Nos. 1973, 1974 & 5546, Allowed Post-Petition Admin Expense Claim in the amount of $308,197.22**
**Claim No. 2028, Allowed Post-Petition Admin Expense Claim in the amount of $164,295.07**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____        Date: _____June 6, 2011_____
         Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court")

First Commercial Credit Corp, with an office at 1185 Avenue of the Americas, 18th Floor, New York, New York 10036 ("Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 2, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the administrative expense claims (collectively, the "Claims"), in the principal allowed amounts listed on Schedule A attached hereto, pursuant to those certain orders listed on Schedule A attached hereto, entered by the Bankruptcy Court in the Proceedings, against Mervyn's Holdings, LLC, et al. in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, Case No. 08-11586 (KG) (Jointly Administered).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of these Claims as an unconditional assignment and Assignee as the valid owner of the Claims.

IN WITNESS WHEREOF, Assignor and Assignee have duly executed this Evidence of Transfer of Claim by their duly authorized representatives this 2nd day of June 2011.

(Assignor)  
FIRST COMMERCIAL CREDIT CORP.  
By: Kelterperse Asset Management, LLC

By: _____  
Name: Koel Schwkzfeld  
Title: Vice President

(Assignee)  
CONTRARIAN FUNDS, LLC  
By: Contrarian Capital Management, L.L.C., as manager

By: _____  
Name: JANICE M. STANTON  
Title: MEMBER

## Schedule A

| Claim No(s). | Order | Date of Order | Allowed Post-Petition Admin Expense Claim Amount Assigned |
|---|---|---|---|
| 5156 | Agreed Order Approving Motion for Allowance and Payment of Administrative Expense Claim of Ex-Cell Home Fashions, Inc., Pursuant to 11 U.S.C. §§ 503(b)(1) and 503(b)(9) | December 17, 2008 | $100,000.00 |
| 6003 | Agreed Order Approving Motion for Allowance and Payment of Administrative Expense Claim of ATJ, LLC Pursuant to 11 U.S.C. §§ 503(b)(1) and 503(b)(9) | January 14, 2009 | $155,804.94 |
| 5632, 5987 | Agreed Order Approving Motion for Allowance and Payment of Administrative Expense Claim of Liberty Apparel Company, Inc., Pursuant to 11 U.S.C. § 503(b)(1) | January 20, 2009 | $152,930.42 |
| 5634, 6002, 6333 | Agreed Order Approving Motion for Allowance and Payment of Administrative Expense Claim of Supreme International, Inc. Pursuant to 11 U.S.C. § 503(b)(1) | January 20, 2009 | $68,736.29 |
| 1973, 1974, 5546 | Order Granting Stipulation for Allowance and Payment of Administrative Expense Claim of American Dawn Inc. | March 9, 2009 | $308,197.22 |
| 2028 | Order Granting Stipulation for Allowance and Payment of Administrative Expense Claim of Extreme Concepts LLC | March 12, 2009 | $164,295.07 |