UNITED STATES BANKRUPTCY COURT

District of Delaware

In re: Mervyn's Holdings, LLC    Case No. 08-11586

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | NES JEWELRY<br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): N/A<br>Amount of Claim: USD$165.54<br>Date Claim Filed: N/A |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518 | Phone: (646) 825-4301<br>Last four digits of Acct.#: N/A |
| Phone: 516-255-1801<br>Last four digits of Acct#: N/A | Name and Current Address of Transferor:<br><br>NES JEWELRY<br>20 West 33rd Street 6th Floor<br>New York, NY 10001 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last four digits of Acct#: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross                                       Date: June 20, 2011
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

## Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO: MERVYN'S, LLC ("Debtor")
Case No. 08-11587
Jointly Administered under MERVYN'S HOLDINGS, LLC, Case No. 08-11586

Claim # N/A

**NES JEWELRY**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TRC MASTER FUND LLC**
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the Allowed amount of **USD$165.54** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __20__ DAY OF __JUNE__, 2011.

| ASSIGNOR: NES JEWELRY | ASSIGNEE: TRC MASTER FUND LLC |
|---|---|
| (Signature) | (Signature) |
| Nrssin Gndi | Terrel Ross |
| (Print Name) | (Print Name) |
| President | Managing Member |
| (Title) | (Title) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION OF MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | DISPUTED | UNLIQUIDATED | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct No. 0000127820-0000003040 NELIA LUIS 2202 ALMADEN ROAD UNIT B SAN JOSE, CA 95125 USA | | | LITIGATION Litigation Claim - Plaintiff | X | X | X | UNKNOWN |
| Acct No. 0000118735-0000004047 NEOPOST INC PO BOX 45800 SAN FRANCISCO, CA 94145 USA | | | UNSECURED CLAIM Trade debt | | | | 53.22 |
| Acct No. 0000118746-0000004048 NEOPOST LEASING INC PO BOX 45822 SAN FRANCISCO, CA 94145-0822 USA | | | UNSECURED CLAIM Trade debt | | | | 2,026.44 |
| Acct No. 0000092833-0000004049 NES JEWELRY 20 WEST 33RD ST NEW YORK, NY 10001 USA | | | UNSECURED CLAIM Trade debt | | | | 165.54 |
| Acct No. 0000092833-0000004050 NES JEWELRY 20 WEST 33RD ST NEW YORK, NY 10001 USA | | | UNSECURED CLAIM Merchandise Received, Not Invoiced | | | | 16,737.91 |
| Acct No. 0000097452-0000004051 NETIQ CORP 14042 COLLECTIONS CENTER DR CHICAGO, IL 60693 USA | | | UNSECURED CLAIM Trade debt | | | | 1,875.00 |
| Acct No. 0000093895-0000004052 NETWORK ELECTRICAL SERVICE PO BOX 8500 BOX NO 3466 PHILADELPHIA, PA 19178-8500 USA | | | UNSECURED CLAIM Trade debt | | | | 11,463.17 |
| Acct No. 0000094424-0000004053 NEUVILLE INDUSTRIES INC INTERNATIONAL LEGWEAR GROUP PO BOX 1088 HICKORY, NC 28603-1088 USA | | | UNSECURED CLAIM Merchandise Received, Not Invoiced | | | | 2.10 |