# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>Mervyn's Holdings, LLC</u>   Case No. <u>08-11586</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone:  <u>516-255-1801</u>
Last four digits of Acct#:  <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone:  <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

<u>NES JEWELRY</u>
Name of Transferor

Court Claim # (if known): <u>N/A</u>
Amount of Claim:  USD$<u>16,737.91</u>
Date Claim Filed: <u>N/A</u>

Phone: <u>(646) 825-4301</u>
Last four digits of Acct.#:  <u>N/A</u>

Name and Current Address of Transferor:

NES JEWELRY
20 West 33rd Street 6th Floor
New York, NY 10001

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                                               Date: <u>June 20, 2011</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO: MERVYN'S, LLC ("Debtor")
Case No. 08-11587
Jointly Administered under MERVYN'S HOLDINGS, LLC, Case No. 08-11586

Claim # N/A

**NES JEWELRY**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TRC MASTER FUND LLC**
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$16,737.91** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __20__ DAY OF __JUNE__, 2011.

| ASSIGNOR: NES JEWELRY | ASSIGNEE: TRC MASTER FUND LLC |
|---|---|
| (Signature) | (Signature) |
| Nissim Gindi (Print Name) | Terrel Ross (Print Name) |
| President (Title) | Managing Member (Title) |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION OF MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | DISPUTED | UNLIQUIDATED | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct No. 0000127820-0000003040<br>NELIA LUIS<br>2202 ALMADEN ROAD<br>UNIT B<br>SAN JOSE, CA 95125<br>USA | | | LITIGATION<br>Litigation Claim - Plaintiff | X | X | X | UNKNOWN |
| Acct No. 0000118735-0000004047<br>NEOPOST INC<br>PO BOX 45800<br>SAN FRANCISCO, CA 94145<br>USA | | | UNSECURED CLAIM<br>Trade debt | | | | 53.22 |
| Acct No. 0000118746-0000004048<br>NEOPOST LEASING INC<br>PO BOX 45822<br>SAN FRANCISCO, CA 94145-0822<br>USA | | | UNSECURED CLAIM<br>Trade debt | | | | 2,026.44 |
| Acct No. 0000092833-0000004049<br>NES JEWELRY<br>20 WEST 33RD ST<br>NEW YORK, NY 10001<br>USA | | | UNSECURED CLAIM<br>Trade debt | | | | 165.54 |
| Acct No. 0000092833-0000004050<br>NES JEWELRY<br>20 WEST 33RD ST<br>NEW YORK, NY 10001<br>USA | | | UNSECURED CLAIM<br>Merchandise Received, Not Invoiced | | | | 16,737.91 |
| Acct No. 0000097452-0000004051<br>NETIQ CORP<br>14042 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693<br>USA | | | UNSECURED CLAIM<br>Trade debt | | | | 1,875.00 |
| Acct No. 0000093895-0000004052<br>NETWORK ELECTRICAL SERVICE<br>PO BOX 8500<br>BOX NO 3466<br>PHILADELPHIA, PA 19178-8500<br>USA | | | UNSECURED CLAIM<br>Trade debt | | | | 11,463.17 |
| Acct No. 0000094424-0000004053<br>NEUVILLE INDUSTRIES INC<br>INTERNATIONAL LEGWEAR GROUP<br>PO BOX 1088<br>HICKORY, NC 28603-1088<br>USA | | | UNSECURED CLAIM<br>Merchandise Received, Not Invoiced | | | | 2.10 |