# United States Bankruptcy Court
## District of Delaware

In re Mervyn's Holdings, LLC, et al.                Case No. 08-11586
                                                    Jointly Administered

                                                    Chapter 11

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Z3 Dresses Ltd & Z3 Composite Knit Wear Ltd** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **Z3 Dresses Ltd & Z3 Composite Knit Wear Ltd**<br>Attn: Azmat Rahman, Managing Director<br>M2, Section 7, Mirpur I/A<br>Dhaka 1216<br>Bangladesh |

**Claim No. 5051, Allowed Claim in the amount of $927,782.33**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____        Date: _____August 11, 2011_____
       Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

**Z-3 DRESSES LIMITED AND Z-3 COMPOSITE KNITWEAR LIMITED**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated August 5, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the Administrative Expense Claim number 5051 (the "Claim"), in the allowed amount of $927,782.33, against Mervyn's LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, case no. 08-11587 (jointly administered under 08-11586) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 5 day of August 2011.

| (Assignor) | (Assignee) |
|---|---|
| Z-3 DRESSES LIMITED AND | CONTRARIAN FUNDS, LLC |
| Z-3 COMPOSITE KNITWEAR LIMITED | By: Contrarian Capital Management, L.L.C., as manager |
| By: _[signature]_ | By: _[signature]_ |
| Name: ALIYA SHAFQVAT | Name: Gil Tenzer |
| Title: Director | Title: Member |

(Assignor)
WITNESS:

By: _____

Name: _____

Title: _____