B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
for the District of Delaware

In re <u>Mervyn's Holdings, LLC, et al.</u>  Case No. <u>08-11586 (KG)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>WM Inland Adjacent, LLC</u>  <u>Fisher Development, Inc.</u>
Name of Transferee  Name of Transferor

Name and Address where notices to transferee should be sent:

WM Inland Adjacent, LLC
c/o Brian D. Huben, Esquire
    Pamela Tsao, Esquire
    Katten Muchin Rosenman, LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Phone: <u>310-788-4400</u>
Last Four Digits of Acct #: <u>N/A</u>

Court Claim # (if known): <u>3553</u>

Amount of Claim: <u>$1,811,593.42</u>
Date Claim Filed: <u>01/07/09</u>

Phone: (415) 468-1717
Last Four Digits of Acct # <u>Unknown</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____  Date: <u>08.19.11</u>
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $50,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# UNITED STATES BANKRUPTCY COURT
## for the District of Delaware

In re Mervyn's Holdings, LLC, *et al.*  Case No. 08-11586 (KG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 3553 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| Fisher Development, Inc. | WM Inland Adjacent, LLC |
|---|---|
| (Name of Alleged Transferor) | (Name of Alleged Transferor) |

Address of Alleged Transferor:

WM Inland Adjacent, LLC
c/o Brian D. Huben, Esquire
   Pamela Tsao, Esquire
   Katten Muchin Rosenman, LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Address of Alleged Transferor:

Fisher Development, Inc.,
c/o Matthew Covington, DLA Piper US LLP
   153 Townsend Street, Suite 800
   San Francisco, CA 94107

### DEADLINE TO OBJECT

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
CLERK OF THE COURT

## TRANSFER NOTICE

Fisher Development, Inc. ("Assignor"), transfer and assigns unto WM Inland Adjacent, LLC with an address at Katten Muchin Rosenman, LLP c/o Brian D. Huben, Esquire, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012, its successors and assigns ("Assignee"), pursuant to the terms of a February 2010 Settlement Agreement between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Mervyn's LLC (the "Debtor"), in the aggregate amount of $1,811,593.42 representing all administrative expense claims of Assignor pending against Debtor in the United Bankruptcy Court, District of Delaware, jointly administered as Case No. 08-11586.

IN WITNESS WHEREOF, Assignor has signed below as of the 19TH day of AUGUST, 2011.

WITNESS:
WM Inland Adjacent, LLC

Fisher Development, Inc.

By: _____(Signature)_____

By: _____(Signature)_____

Stephen L. Spector
(Print Name of Witness)
Senior Vice President, General Counsel

R. S. Fisher  CEO
(Print Name and Title)