# United States Bankruptcy Court
### District of Delaware

In re Mervyn's Holdings, LLC, et al.  Case No. 08-11586
Jointly Administered

Chapter 11

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

Name and Address where notices to transferee should be sent

**Contrarian Funds, LLC**
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attn: Alisa Mumola
Phone 203-862-8211

**Fair Harbor Capital, LLC**
**as assignee of Colter Bay Designs**
Name of Transferor

Name and Current Address of Transferor

**Fair Harbor Capital, LLC**
**as assignee of Colter Bay Designs**
Ansonia Finance Station
PO Box 237037
New York, NY 10023

**Claim No. 5440, Administrative Claim in the amount of $313,252.71**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ */s/ Alisa Mumola* _____   Date: _____September 13, 2011_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF ADMINISTRATIVE CLAIM

FAIR HARBOR CAPITAL, LLC, AS ASSIGNEE OF COLTER BAY DESIGN, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated September 9, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the Postpetition Administrative Expense Claim (the "Claim"), in the allowed amount of $313,252.71, against Mervyn's Holdings, LLC (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware 08-11586 (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 9 day of September 2011.

(Assignor)  
FAIR HARBOR CAPITAL, LLC  
AS Assignee of Colter Bat Design

By: _____

Name: Victor Knox

Title: member

(Assignee)  
CONTRARIAN FUNDS, LLC  
By: Contrarian Capital Management, L.L.C.,  
as manager

By: _____

Name: MICHAEL J. RESTII  
CFO/MEMBER

Title: _____

(Assignor)  
WITNESS:

By: _____

Name: _____

Title: _____