# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                          ) Chapter 11
                                )
MERVYN'S HOLDINGS, LLC., et al. ) Case No. 08-11586 (KG)
                                )
Debtors.                        ) Jointly Administered
                                )
_____        )

## DEBTORS' MONTHLY OPERATING REPORT
### FOR THE PERIOD ENDING AUGUST 31, 2011

| Required Documents | Form # | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts & Disbursements | MOR-1 | | | |
| Bank Reconciliation | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | | | |
| Cash disbursements journals [1] | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of postposition taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of unpaid post petition debts | MOR-4 | | | |
| Listing of aged accounts payable (post) | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Authorized Individual*          Date 9/14/11

David Robson                                 EVP, Chief Financial and Administrative Officer
Printed Name of Authorized Individual        Title of Authorized Individual

[1] Due to the volume of disbursements, we did not provide the cash disbursement journal. If necessary, it can be provided upon request.

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

Certification

# Mervyn's
## Case Number 08-11586

### Schedule of Cash Receipts & Disbursements
As of August 31, 2011
(in 000's)

Instructions: Amounts reported should be per the debtor's books, not the bank statement.

| | Fiscal Month | Cumm. Filing to Date * |
|---|---|---|
| **Beginning Balance** | 12,908 | 86 |
| **Receipts** | | |
| Bank Total | | 399,169 |
| Credit Card Total | | 726,554 |
| Non-Sales Total | | 140,363 |
| Interest | 1 | 17 |
| Total Receipts | 1 | 1,266,103 |
| **Disbursements** | | |
| Imports (Imports plus BA's paid) | | 96,425 |
| Trade A/P | | 159,030 |
| Expense Payable | | 139,460 |
| Total Payroll | 1,079 | 150,125 |
| Marketing - Wire | 41 | 22,990 |
| Sales Tax | | 95,671 |
| Insurance Premiums | | 2,957 |
| Property Related (Rent, Tax, CAM) | 26 | 10,615 |
| Store Building Services | | 9,233 |
| Interest Expenses | | 6,106 |
| Other | 22 | 185,865 |
| Total Disbursements | 1,167 | 878,476 |
| **Net Cash Flow** | (1,166) | 387,627 |
| **Ending Balance** | 11,742 | 11,742 |
| **Reconciliation to Cash per GL:** | | |
| Bank of America | 6,611 | 6,611 |
| Wachovia | 5,131 | 5,131 |
| **Total Cash per GL** | 11,742 | 11,742 |

* Petition 7/29/08 to current fiscal month end.

MOR-1 Cash Flow

**Mervyn's**
**Case Number 08-11586**
Bank Reconciliations
As of August 31, 2011
(in 000's)

| Bank Name | Bank Account[1] | Name | Loc/Center | GL # | GL Balance as of 8/31/11 | Bank Balance as of 8/31/11 |
|---|---|---|---|---|---|---|
| Wachovia Bank | 2000025633942 | Wachovia Wire | 09004110 | 100310 | $ 5,132 | $ 5,132 |
| Bank of America | 1233266669 | Cash Concentration | | 100320 | $ 6,197 | $ 6,215 |
| Bank of America | 1233266683 | Expense & Payroll | | 102200 | $ 413 | $ 465 |
| Congress Financial [2] | | Congress Financial LOC | 09004110 | 200001 | $ 2,000 | $ 5,310 |
| JP Morgan Chase [3] | 796700417 | Escrow | | 100530 | $ 33,020 | $ 33,020 |

[1] Copies of bank statements for all accounts identified above provided as attachments.

[2] Included in Due from bank - restricted/other less reserve.

[3] Held in escrow by the Debtors pursuant to the First Amended Stipulation and Order Resolving and Settling (I) Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors and Debtors In Possession for Orders Authorizing and Approving (A) Auction and Bid Procedures, (B) Bid Protections for Stalking Horse Bidder, If Applicable, (C) Store Closing Sales Free and Clear of Liens, (D) Agency Agreement, and (II) Cross-Motion for an Order Pursuant to 11 U.S.C. 1112(b) and 105(a) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, as entered by the Bankruptcy Court on March 26, 2008. This amount is included in Cash and has been fully reserved for.

## Mervyn's
## Case Number 08-11586

**Schedule of Professional Fees and Expenses Paid**
**As of August 31, 2011**

Instructions: This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Check # | Check Date | Amount Paid Fees | Amount Paid Exp. | Amount Paid Total | Filing-to-Date Fees | Filing-to-Date Exp. | Filing-to-Date Total |
|---|---|---|---|---|---|---|---|---|---|---|
| ALC Legal Technologies | | | | | | | | 20,722 | | 20,722 |
| ARMSTRONG, CALLAN & SHIU LLP | | | | | | | | 1,215 | | 1,215 |
| Ashby & Geddes, P.A. | MAY AND JUNE 2011 | 4,764 | 2600 | 09/04/2011 | 2,905 | 1,560 | 4,764 | 189,705 | | 189,705 |
| Bayard, P.A. | JUNE 2011 | 5,422 | 2980 | 08/10/2011 | 5,022 | 4200 | 5,422 | 438,123 | | 438,123 |
| BDO Seidman, LLP | JUNE 2011 | 47,712 | 2401 | 08/24/2011 | 47,624 | 88 | 47,712 | 2,984,109 | | 2,984,109 |
| Chicago Title Insurance Company | | | | | | | | 19,930 | | 19,930 |
| Cooley LLP | JUNE 2011 | 925,594 | 2402 | 08/24/2011 | 492,786 | 432,808 | 925,594 | 19,114,198 | | 19,114,198 |
| Deloitte Financial Advisory Services LLP | | | | | | | | 164,488 | | 164,488 |
| Ernst & Young LLP | | | | | | | | 740,012 | | 740,012 |
| Friedman Kaplan Seiler & Adelman LLP | JUNE 2011 | 6,319 | 2381 | 08/10/2011 | 6,319 | | 6,319 | 535,525 | | 535,525 |
| FTI Consulting, Inc. | | | | | | | | 1,646,039 | | 1,646,039 |
| Josie Frank, Wilkinson Brimmer Katcher | | | | | | | | 137,807 | | 137,807 |
| Kirkland & Ellis LLP | | | | | | | | 206,628 | | 206,628 |
| | | | | | | | | | | |
| Kurtzman Carson Consultants | | | | | | | | 2,644,543 | | 2,644,543 |
| Littler Mendelson | | | | | | | | 13,172 | | 13,172 |
| Miller Buckfire & CO., LLC | | | | | | | | 568,712 | | 568,712 |
| Morgan, Lewis & Bockius LLP | JUNE 2011 | 26,640 | 2395 | 08/10/2011 | 26,653 | 187 | 26,840 | 4,940,595 | | 4,940,595 |
| Morrison Foerster | | | | | | | | 3,655 | | 3,655 |
| Neville Peterson LLP | | | | | | | | 3,835 | | 3,835 |
| Ogletree Deakins | | | | | | | | 40 | | 40 |
| OMNI MANAGEMENT GROUP LLC | JULY 2011 | 24,983 | 2415 | 08/31/2011 | 5,414 | 19,569 | 24,983 | 172,552 | | 172,552 |
| Orrick, Herrington & Sutcliffe LLP | | | | | | | | 202,472 | | 202,472 |
| Paul, Hastings, Janofsky & Walker LLP | | | | | | | | 1,354,292 | | 1,354,292 |
| Resources Global Professionals | | | | | | | | 2,588 | | 2,588 |
| Richards, Layton & Finger, P.A. | JUNE 2011 | 25,003 | 2405 | 08/24/2011 | 22,648 | 2,355 | 25,003 | 1,688,376 | | 1,688,376 |
| Shaw Valenza | | | | | | | | 13,737 | | 13,737 |
| Traxi LLC | | | | | | | | 134,556 | | 134,556 |
| Digital Legal LLC | | | | | | | | 9,136 | | 9,136 |
| U.S. Trustee | | | | | | | | 192,700 | | 192,700 |
| | | 1,066,637 | | | 609,350 | 457,287 | 1,066,637 | 38,171,305 | | 38,171,305 |

## Mervyn's
## Case Number 08-11586

**Statement of Operations**
**As of August 31, 2011**
**(in 000's)**
**Instructions:** Prepared on an accrual basis.

| | Month | Filing to Date* |
|---|---|---|
| Sales | | 1,037,778 |
| Cost Of Goods Sold ** | | 597,994 |
| **Gross Margin** | | **439,784** |
| **Expenses:** | | |
| Store Expenses | | 95,404 |
| Distribution Expenses | | 6,428 |
| Variable Selling Expenses | | 10,833 |
| Subtotal | | 112,665 |
| Marketing Expenses (Refund) | | 30,777 |
| IT Expenses | | 10,730 |
| Store Building Services | | 22,913 |
| Rents and Leases | 5 | 22,565 |
| CAM and Property Taxes | | 20,160 |
| Workers Comp, GL and Insurance | 24 | 12,544 |
| Benefits Costs | 2 | 6,045 |
| General Management | | 2,289 |
| Merchandising | | 5,956 |
| Merchandise Planning | | 2,650 |
| Headquarter Services | | 1,041 |
| Finance G&A | 78 | 5,203 |
| Employee Expenses and Other | | 10,235 |
| Loss Prevention | | 4,415 |
| Human Resources | | 7,136 |
| Bonuses/LTIP | | 1,423 |
| Legal | | 3,362 |
| Visual Merchandising | | 1,877 |
| **Total All Other G&A** | 78 | 45,597 |
| Start Up Expenses | | 3,572 |
| Other (Income) & Expense | 109 | 92,762 |
| **Total Expenses** | 109 | 380,259 |
| Credit (Income) | | (9,841) |
| Restructuring Legal & Professional Fees | 417 | 40,880 |
| Depreciation and Amortization | | 245,714 |
| Interest (Income)/Expense | (1) | 23,160 |
| **Total Expenses** | 524 | 680,182 |
| **Net Income (Loss)** | **(524)** | **(240,398)** |

\* Includes 5 day stub period from petition date (7/29/08) through July fiscal month end (8/2/08)
\*\* See detail on subsequent page.

**Mervyn's**
**Case Number 08-11586**

**Cost of Goods Sold Detail**
**As of August 31, 2011**
**(in 000's)**

**Instructions:** Prepared on an accrual basis.

| | Month | Filing to Date* |
|---|---|---|
| **Cost of Goods Sold:** | | |
| Beginning Inventory | - | 341,236 |
| Add: Purchases | - | 285,359 |
| Add: Other Costs** | - | (28,601) |
| Less: Ending Inventory | - | - |
| Total Cost of Goods Sold | - | 597,994 |

* Includes 5 day stub period from petition date (7/29/08) through July fiscal month end (8/2/08).

** Includes in-transit, freight, adjustments and vendor income.

## Mervyn's
## Case Number 08-11586

**Balance Sheet**
**As of August 31, 2011**
**(in 000's)**
Instructions: Prepared on an accrual basis.

| Assets | | Month | Petition Date* |
|---|---|---|---|
| **Current assets** | | | |
| Cash | $ | 11,742 | $ 10,607 |
| Due from bank - restricted/other | $ | 2,000 | |
| Accounts receivable, net | | - | 14,645 |
| Merchandise inventory | | - | 341,236 |
| Prepaid and other current assets | | 3,237 | 22,740 |
| **Total current assets** | | 17,074 | 389,228 |
| **Long term assets** | | | |
| **Property & Equipment** | | | |
| Property, plant and equipment | | - | 353,264 |
| Less accumulated depreciation | | - | (115,430) |
| **Total Property & Equipment** | | - | 237,833 |
| Other Assets | | - | 51,050 |
| **Total long term assets** | | - | 288,884 |
| **Total assets** | $ | 17,074 | $ 678,111 |

| Liabilities and Member's Equity | | | |
|---|---|---|---|
| **Liabilities not subject to compromise** | | | |
| Trade accounts payable | $ | 67,822 | $ 2,499 |
| Other accounts payable | | 9,879 | 13,160 |
| Current portion of LT debt | | - | 10,384 |
| Accrued expenses and other current liabilities | | 13,452 | 76,638 ** |
| Revolving line of credit | | - | 244,022 |
| **Total current liabilities** | | 91,153 | 346,883 |
| **Long term liabilities** | | | |
| Workers comp/general liability reserve | | - | 38,961 |
| Capital lease debt | | - | 18,819 |
| Long term note payable | | - | 34,294 |
| Other long term liabilities | | - | 968 |
| **Total long-term liabilities** | | - | 94,042 |
| **Total liabilities not subject to compromise** | | 91,153 | 440,925 |
| Liabilities subject to compromise | | 218,073 | 274,519 |
| **Total liabilities** | | 309,226 | 715,444 |
| **Member's Equity** | | | |
| **Total liabilities and member's equity** | $ | (292,152) | (37,333) |
| | $ | 17,074 | $ 678,111 |

* Petition date 7/29/08.
** Accrued expenses and other current liabilities includes certain estimated accruals

MOR-3 Balance Sheet

# Mervyn's
# Case Number 08-11586

**Status of Post Petition Taxes; Summary of Unpaid Postpetition Debts**

**As of August 31, 2011**

**(in 000's)**

## Status of Postpetition Taxes:

**Instructions:** Attach copies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach copies of any tax returns filed during the reporting period.

- Detail of payroll taxes paid during the period filed as a separate exhibit.

## Summary of Unpaid Postpetition Debts:

**Instructions:** Attach aged listing of accounts payable (see aging on subsequent page).

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts/Other Payable | 6,763 | - | - | - | 36,938 | 43,701 |
| Professional Fees | 2,450 | - | - | - | - | 2,450 |
| Other * | 11,001 | - | - | - | - | 11,001 |
| **Total Postpetition Debts** | **20,215** | **-** | **-** | **-** | **36,938** | **57,153** |

* Includes operating lease reserve, chargeback reserve, accruals for property tax, advertising, and other expenses

Note: Excludes pre-petition debt not subject to compromise of $34.0M, including 503B claims.

| Vendor | Vendor # | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|
| 1928 JEWELRY CO | 750102 | | | | | 325.4 | 325.4 |
| 1948 CORP DBA STONE & CO | 660092 | | | | | 37.5 | 37.5 |
| 4 WHAT ITS WORTH | 34322 | | | | | 46.0 | 46.0 |
| 5 STAR LLC DBA MECCA | 900417 | | | | | 116.9 | 116.9 |
| AA SAFE & LOCK CO | 5547181 | | | | | 0.3 | 0.3 |
| ACCESSORY DESIGN GROUP INC | 199604 | | | | | 31.7 | 31.7 |
| ACCESSORY NETWORK GRP INC | 163808 | | | | | 207.4 | 207.4 |
| ACCOUNTEMPS | 5005534 | | | | | 9.2 | 9.2 |
| ACI INTL | 256107 | | | | | 169.6 | 169.6 |
| ADART COMPANY THE | 5005272 | | | | | 540.8 | 540.8 |
| ADCOR PRODUCTS | 58879 | | | | | 11.8 | 11.8 |
| ADESSO-MADDEN INC | 750141 | | | | | 96.5 | 96.5 |
| ADINA INC | 157206 | | | | | 8.2 | 8.2 |
| ADVANCED WIRELESS | 5001654 | | | | | 0.4 | 0.4 |
| AGE GROUP LTD INC | 248906 | | | | | 69.1 | 69.1 |
| AGORA DIV OF MAPSSY INTL INC | 900847 | | | | | 17.6 | 17.6 |
| AGRON INC | 4122205 | | | | | 56.8 | 56.8 |
| ALAMEDA COUNTY WATER DISTRICT | 5017359 | | | | | 0.9 | 0.9 |
| ALDON COMPUTER GROUP | 5013886 | | | | | 19.1 | 19.1 |
| ALHAMBRA & SIERRA SPRINGS | 5013276 | | | | | 0.1 | 0.1 |
| ALL ACCESS APPAREL INC | 49718 | | | | | 174.2 | 174.2 |
| ALLIANCE FOOTWEAR INC | 900983 | | | | | 74.5 | 74.5 |
| ALLSTAR MARKETING GROUP LLC | 901868 | | | | | 0.7 | 0.7 |
| ALMA DDB | 902148 | | | | | 34.2 | 34.2 |
| AMBASSADOR PRESS, INC | 901741 | | | | | 3.1 | 3.1 |
| AMBRA'S FINE JEWELRY | 66076 | | | | | 2.0 | 2.0 |
| AMEREX GROUP INC | 109900 | | | | | 251.0 | 251.0 |
| AMERICAN DAWN INC | 355404 | | | | | 317.0 | 317.0 |
| AMERICAN LITHOGRAPHERS INC | 5011879 | | | | | 1.7 | 1.7 |
| AMERICAN MARKETING ENTERP | 160705 | | | | | 6.5 | 6.5 |
| AMERICAN PACIFIC ENT LLC | 104000 | | | | | 148.4 | 148.4 |
| AMERICAN SPORTING GOODS CO | 330407 | | | | | 200.1 | 200.1 |
| AMERICAN TEXTILE CO | 31039 | | | | | 8.3 | 8.3 |
| ANCHOR ACQUISITIONS LLC | 214205 | | | | | 71.6 | 71.6 |
| ANDIN INTL INC | 750070 | | | | | 308.2 | 308.2 |
| ANGELA SMITH | 902062 | | | | | 0.0 | 0.0 |
| APPAREL LIMITED INC | 53850 | | | | | 129.1 | 129.1 |

| Vendor | Vendor # | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|
| ARIELA-ALPHA INT'L LLC | 38327 | | | | | 12.5 | 12.5 |
| ARISTA BUSINESS IMAGING | 5438373 | | | | | 0.1 | 0.1 |
| AROUND THE WORLD APPAREL | 66506 | | | | | 7.0 | 7.0 |
| ARROWHEAD DRINKING WATER CO | 5742718 | | | | | 0.2 | 0.2 |
| ARTISTS SERVICES | 5008972 | | | | | 0.8 | 0.8 |
| ARTLAND INC | 38224 | | | | | 0.3 | 0.3 |
| AT J LLC/HYPNOTIK | 901062 | | | | | 155.8 | 155.8 |
| AVANTI | 69252 | | | | | 7.1 | 7.1 |
| AW CHANG CORPORATION | 900490 | | | | | 70.6 | 70.6 |
| AWAKE INC | 900530 | | | | | 53.6 | 53.6 |
| AZTLAN GRAPHICS | 451500 | | | | | 61.8 | 61.8 |
| B I Y A Y C D A | 34959 | | | | | 1.6 | 1.6 |
| B J D INC | 121004 | | | | | 346.6 | 346.6 |
| B2 APPAREL INC | 902005 | | | | | 38.4 | 38.4 |
| BALLET JEWELS INC | 987008 | | | | | 34.7 | 34.7 |
| BEANSTALK GROUP LLC | 5011905 | | | | | 339.6 | 339.6 |
| BEAR CREEK STUDIO | 5012278 | | | | | 23.0 | 23.0 |
| BELAIRE DISPLAYS INC | 5162775 | | | | | 30.4 | 30.4 |
| BEMIE INTERNATIONAL LLC | 62489 | | | | | 3.0 | 3.0 |
| BEN BERGER ACCESSORIES | 61523 | | | | | 106.4 | 106.4 |
| BENTEX GROUP INC | 117309 | | | | | 194.5 | 194.5 |
| BIG G BLDG MAINTENANCE | | | | | | 1.9 | 1.9 |
| BIG VILLAGE PRODUCTIONS, INC | 902164 | | | | | 5.8 | 5.8 |
| BIJOU DRIVE | 64683 | | | | | 8.7 | 8.7 |
| BILLION TOWER INT'L LLC | 64386 | | | | | 95.8 | 95.8 |
| BLUEBERRY BLVD LLC | 48702 | | | | | 251.0 | 251.0 |
| BODY DRAMA INC | 241703 | | | | | 17.8 | 17.8 |
| BON MOTIF COMPANY | 107003 | | | | | 10.7 | 10.7 |
| BOSTON HARBOUR | 900082 | | | | | 5.3 | 5.3 |
| BRENTWOOD ORIGINALS | 169102 | | | | | 4.7 | 4.7 |
| BRIEFLY STATED INC | 151803 | | | | | 44.0 | 44.0 |
| BRIGGS NEW YORK INC | 220301 | | | | | 264.8 | 264.8 |
| BUBBLEGUM USA | 54072 | | | | | 135.1 | 135.1 |
| BUREAU VERITAS HONG KONG LTD | 900051 | | | | | 1.8 | 1.8 |
| BURLEN CORP/FITZGERALD | 295303 | | | | | 79.7 | 79.7 |
| BUSTER BROWN & CO | 900122 | | | | | 1.4 | 1.4 |
| BUXTON CO | 4062071 | | | | | 100.8 | 100.8 |

"Post" Open Payables - Expense and Trade
As of August 31, 2011
(in 000's)

| Vendor | Vendor # | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|
| BY DESIGN L L C | 377309 | | | | | 423.7 | 423.7 |
| BYER CALIFORNIA | 418181 | | | | | 324.8 | 324.8 |
| CALCOMP GRAPHIC SOLUTIONS | 5018243 | | | | | 0.3 | 0.3 |
| CANDELA JEWELRY INC | 3458297 | | | | | 0.2 | 0.2 |
| CAPITAL MERCURY APPAREL | 3508001 | | | | | 2.4 | 2.4 |
| CARLSON WAGONLIT TRAVEL INC | 9008807 | | | | | 0.2 | 0.2 |
| CARRIE AMBER INTIMATES INC | 902118 | | | | | 172.7 | 172.7 |
| CARRIER CORPORATION | 5478767 | | | | | 43.9 | 43.9 |
| CELLINI INC | 900431 | | | | | 30.1 | 30.1 |
| CERVERA ADVERTISING INC | 5402379 | | | | | 16.9 | 16.9 |
| CHAMPION PRODUCTS INC | 2021011 | | | | | 105.3 | 105.3 |
| CHANGES INC | 49320 | | | | | 15.5 | 15.5 |
| CHAPAL-ZENRAY INC | 321208 | | | | | 31.1 | 31.1 |
| CHARLES WINSTON LUXURY GROUP | 901780 | | | | | 4.9 | 4.9 |
| CHEROKEE INC | 760054 | | | | | 341.0 | 341.0 |
| CHESKIN | 901082 | | | | | 75.5 | 75.5 |
| CHICKABOOM INC | 5010280 | | | | | 2.5 | 2.5 |
| CHILDREN'S APPAREL NETWRK | 229906 | | | | | 58.1 | 58.1 |
| CHINESE LAUNDRY | 902085 | | | | | 151.0 | 151.0 |
| CISCO SYSTEMS CAPITAL CORP | 900274 | | | | | 293.8 | 293.8 |
| CITIZEN WATCH CO | 434209 | | | | | 98.5 | 98.5 |
| CITY OF ANAHEIM | 5007624 | | | | | 1.4 | 1.4 |
| CITY OF CORONA | 5291970 | | | | | 0.1 | 0.1 |
| CITY OF DUBLIN | 5173780 | | | | | 0.1 | 0.1 |
| CITY OF ELK GROVE | 5013216 | | | | | 0.1 | 0.1 |
| CITY OF ESCONDIDO | 5176714 | | | | | 0.5 | 0.5 |
| CITY OF FONTANA | 5484088 | | | | | 0.1 | 0.1 |
| CITY OF FREMONT | 5409630 | | | | | 0.7 | 0.7 |
| CITY OF FRESNO | | | | | | 7.1 | 7.1 |
| CITY OF FULLERTON | 5035690 | | | | | 2.1 | 2.1 |
| CITY OF GARDEN GROVE | 5012900 | | | | | 2.5 | 2.5 |
| CITY OF HANFORD-FINANCE DEPT | 5395391 | | | | | 0.8 | 0.8 |
| CITY OF HENDERSON | 5420033 | | | | | 2.8 | 2.8 |
| CITY OF HUNTINGTON BEACH | 5035591 | | | | | 0.5 | 0.5 |
| CITY OF LAREDO TAX OFFICE | 5485929 | | | | | 0.1 | 0.1 |
| CITY OF LOS ANGELES | 5314590 | | | | | 0.8 | 0.8 |
| CITY OF MESA | 5042084 | | | | | 0.4 | 0.4 |

"Post" Open Payables - Expense and Trade
As of August 31, 2011
(in 000's)

| Vendor | Vendor # | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|
| CITY OF MILPITAS | 5012251 | | | | | 0.3 | 0.3 |
| CITY OF MODESTO | 5056191 | | | | | 3.4 | 3.4 |
| CITY OF MORENO VALLEY | 5021866 | | | | | 0.0 | 0.0 |
| CITY OF NAPA | 5048742 | | | | | 5.8 | 5.8 |
| CITY OF PHOENIX | 5279819 | | | | | 0.2 | 0.2 |
| CITY OF RIVERSIDE | 5059666 | | | | | 0.3 | 0.3 |
| CITY OF SACRAMENTO | 5124114 | | | | | 5.0 | 5.0 |
| CITY OF SAN DIEGO | 5175850 | | | | | 0.8 | 0.8 |
| CITY OF SAN MATEO | 5030345 | | | | | 0.3 | 0.3 |
| CITY OF SAN RAFAEL | 5245893 | | | | | 0.1 | 0.1 |
| CITY OF SANTA CLARA | 5066679 | | | | | 0.8 | 0.8 |
| CITY OF SIMI VALLEY | 5298959 | | | | | 0.3 | 0.3 |
| CITY OF VALLEJO | 5036987 | | | | | 0.2 | 0.2 |
| CLOVER CORP | 54239 | | | | | 0.5 | 0.5 |
| COLIBRI GROUP INC | 218503 | | | | | 1.4 | 1.4 |
| COLLECTION XIIX LTD INC | 407809 | | | | | 44.7 | 44.7 |
| COLTER BAY DESIGN CORP | 437806 | | | | | 313.3 | 313.3 |
| COMBINE INTERNATIONAL | 750078 | | | | | 221.7 | 221.7 |
| CONAGRA GROCERY PROD CO | 58990 | | | | | 217.6 | 217.6 |
| CONAIR CORP / CUISINARTS | 390005 | | | | | 133.3 | 133.3 |
| CONCUR TECHNOLOGIES, INC | 900359 | | | | | 20.5 | 20.5 |
| COTE DE FRANCE INC | 97501 | | | | | 117.1 | 117.1 |
| CRESCENDO STUDIOS | 5012681 | | | | | 3.9 | 3.9 |
| CRISTAL INTIMATES | 900157 | | | | | 5.9 | 5.9 |
| CRYSTAL HOSIERY INC | 444109 | | | | | 80.0 | 80.0 |
| CUPID FOUND / NAOMI NICOLE | 64089 | | | | | 10.0 | 10.0 |
| CUPID FOUNDATIONS INC | 234609 | | | | | 8.1 | 8.1 |
| D M D INT'L LTD | 309906 | | | | | 21.1 | 21.1 |
| DANECRAFT INC | 241000 | | | | | 54.6 | 54.6 |
| DAYSTONE INT'L CORP | 58271 | | | | | 88.3 | 88.3 |
| DEER STAGS INC | 345702 | | | | | 37.4 | 37.4 |
| DELTA GALIL USA/WUNDIES D | 751404 | | | | | 29.8 | 29.8 |
| DESIGNS BY FMC | 360305 | | | | | 74.8 | 74.8 |
| DIBA FAR EAST, LLC | 750161 | | | | | 7.1 | 7.1 |
| DINO DI MILANO | 43745 | | | | | 30.4 | 30.4 |
| DIVERSIFIED DISTRIBUTION | 5382571 | | | | | 2.3 | 2.3 |
| E S APPAREL GROUP INC | 48520 | | | | | 146.5 | 146.5 |

"Post" Open Payables - Expense and Trade
As of August 31, 2011
(in 000's)

| Vendor | Vendor # | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|
| E.S. ORIGINALS | 750147 | | | | | 40.4 | 40.4 |
| EASTWEST DIV ATHCO | 103705 | | | | | 143.5 | 143.5 |
| EDVISION INC | 900609 | | | | | 49.0 | 49.0 |
| EXQUISITE APPAREL CORP | 292003 | | | | | 31.6 | 31.6 |
| EXTRACTABLE | 901200 | | | | | 29.2 | 29.2 |
| EXTREME CONCEPTS | 58297 | | | | | 164.3 | 164.3 |
| FABULOUS Z INC | 68684 | | | | | 65.4 | 65.4 |
| FACTORY DIRECT JEWELRY LLC | 900554 | | | | | 284.1 | 284.1 |
| FAME JEANS INC/SURPLUS | 901760 | | | | | 34.7 | 34.7 |
| FAMOUS HOME FASHIONS | 50773 | | | | | 15.0 | 15.0 |
| FASHION ACCESSORY BAZAAR | 447706 | | | | | 47.5 | 47.5 |
| FASHION AVENUE KNITS INC | 123406 | | | | | 88.3 | 88.3 |
| FASHION EXPRESS | 226803 | | | | | 145.3 | 145.3 |
| FASHION FORMS/CE SOIR LNG | 71266 | | | | | 3.0 | 3.0 |
| FASHION RESOURCE (TCL) | 159905 | | | | | 16.4 | 16.4 |
| FASTRAK VIOLATIONS PROC. DEPT | 901539 | | | | | 0.1 | 0.1 |
| FEDERAL JEANS | 70920 | | | | | 17.8 | 17.8 |
| FERRARI COLOR, INC | 5007312 | | | | | 10.2 | 10.2 |
| FIESTA JEWELRY CORP | 149005 | | | | | 4.2 | 4.2 |
| FILA USA INC | 98509 | | | | | 224.8 | 224.8 |
| FIRESTONE, INC | 70268 | | | | | 173.2 | 173.2 |
| FISHMAN & TOBIN INC | 842005 | | | | | 108.5 | 108.5 |
| FOREMOST FOOTWEAR LLC | 901921 | | | | | 21.4 | 21.4 |
| FORTUNE FOOTWEAR INC | 225607 | | | | | 96.1 | 96.1 |
| FRANCO APPAREL GROUP | 196402 | | | | | 6.7 | 6.7 |
| FRANCO MFG CO INC | 300707 | | | | | 78.4 | 78.4 |
| FRED DAVID INTERNATIONAL | 411009 | | | | | 114.2 | 114.2 |
| FRITZI CALIFORNIA INC | 753400 | | | | | 279.7 | 279.7 |
| FRUIT OF THE LOOM | 717801 | | | | | 71.8 | 71.8 |
| FUN APPAREL INC | 58073 | | | | | 18.4 | 18.4 |
| GANG STUDIOS INC | 5012944 | | | | | 25.3 | 25.3 |
| GENDER INT'L INC | 436204 | | | | | 123.4 | 123.4 |
| GENERATOR SERVICES CO INC | 900404 | | | | | 1.8 | 1.8 |
| GERBER CHILDRENSWEAR INC | 316406 | | | | | 35.8 | 35.8 |
| GERSON & GERSON, INC | 900578 | | | | | 120.8 | 120.8 |
| GETRONICS | 5098680 | | | | | 38.9 | 38.9 |
| G-III LEATHER FASHIONS INC | 42853 | | | | | 15.1 | 15.1 |

"Post" Open Payables - Expense and Trade
As of August 31, 2011
(in 000's)

| Vendor | Vendor # | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|
| GLOBAL DESIGN CONCEPTS | 45641 | | | | | 103.3 | 103.3 |
| GLORIA LANCE INC | 450809 | | | | | 61.5 | 61.5 |
| GOLD HORIZONS | 70458 | | | | | 19.6 | 19.6 |
| GOLD LLC | 901665 | | | | | 54.6 | 54.6 |
| GRACIOUS LIVING | 901282 | | | | | 4.0 | 4.0 |
| GTT INTERNATIONAL INC | 66290 | | | | | 34.7 | 34.7 |
| GWIL&FWH-SELDP - George Wu | 901598 | | | | | 430.9 | 430.9 |
| H.H. BROWN SHOE CO INC | 750211 | | | | | 13.1 | 13.1 |
| HADDAD APPAREL/DOCKERS | 263004 | | | | | 179.7 | 179.7 |
| HADDAD APPAREL/MM C | 445809 | | | | | 2.3 | 2.3 |
| HALLMARK MARKETING CORP | 337808 | | | | | 614.2 | 614.2 |
| HANES BRAND-BALI/BARELY THERE | 351106 | | | | | 534.1 | 534.1 |
| HANES BRAND-HANES HOSIERY | 339606 | | | | | 1.9 | 1.9 |
| HANES BRAND-HANES UW | 750085 | | | | | 323.8 | 323.8 |
| HANES BRAND-PLAYTEX | 373506 | | | | | 692.9 | 692.9 |
| HANES BRAND-SOCKS | 646802 | | | | | 63.0 | 63.0 |
| HANES BRAND-WONDERBRA | 346700 | | | | | 64.5 | 64.5 |
| HARD SWEEP | | | | | | 1.1 | 1.1 |
| HARRY & DAVID | 901828 | | | | | 52.4 | 52.4 |
| HARVEST TRADING GROUP INC | 63594 | | | | | 0.1 | 0.1 |
| HASKELL JEWELS LTD | 49528 | | | | | 18.1 | 18.1 |
| HERMAN KAY - BROMLEY | 98806 | | | | | 92.9 | 92.9 |
| HIGH POINT DESIGN LLC | 61515 | | | | | 27.6 | 27.6 |
| HIGH SIERRA SPORT | 900510 | | | | | 52.7 | 52.7 |
| HI-ROLLERS SPORTSWEAR | 122200 | | | | | 29.9 | 29.9 |
| HOLLANDER HOME FASHIONS | 35774 | | | | | 136.6 | 136.6 |
| HOME DYNAMIX LLC | 61242 | | | | | 18.4 | 18.4 |
| HOMEDICS INC | 278309 | | | | | 95.0 | 95.0 |
| HOUSE OF PRIMAVERA | 750109 | | | | | 78.7 | 78.7 |
| HSF PROGRAM | 901795 | | | | | 25.1 | 25.1 |
| HUMPHREY'S ACCESSORIES LLC | 293506 | | | | | 64.0 | 64.0 |
| HYBRID TEES | 58966 | | | | | 749.4 | 749.4 |
| HYPNOTIC HATS LTD | 52506 | | | | | 20.3 | 20.3 |
| I5 INC dba KENPO | 901674 | | | | | 241.8 | 241.8 |
| IASTA.COM, INC | 900103 | | | | | 3.0 | 3.0 |
| IE DISTRIBUTION | 66308 | | | | | 16.5 | 16.5 |
| IMAGINE PRINT SOLUTIONS | 5008966 | | | | | 5.2 | 5.2 |

"Post" Open Payables - Expense and Trade
As of August 31, 2011
(in 000's)

| Vendor | Vendor # | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|
| IN 7 CLOTHING INC | 900146 | | | | | 88.9 | 88.9 |
| INDONESIAN IMPORTS INC | 663933 | | | | | 159.7 | 159.7 |
| INITIATIVE MEDIA WORLDWIDE INC | 5005128 | | | | | 92.8 | 92.8 |
| INTEGRATED PRINTING | 5014066 | | | | | 215.0 | 215.0 |
| INTEGRI LIMITED | 69906 | | | | | 53.6 | 53.6 |
| INTERDESIGN INC | 750095 | | | | | 0.7 | 0.7 |
| INTERNATIONAL INTIMATES INC | 248104 | | | | | 39.6 | 39.6 |
| INTERNATIONAL SILVER CO | 253807 | | | | | 19.8 | 19.8 |
| INTERTEX APPAREL LTD | 49411 | | | | | 322.2 | 322.2 |
| INTIMA BELLA DONNA | 65714 | | | | | 38.5 | 38.5 |
| J C S APPAREL GROUP INC | 36293 | | | | | 259.3 | 259.3 |
| J D FINE & CO | 117507 | | | | | 47.0 | 47.0 |
| JACK SCHWARTZ SHOES INC | 212902 | | | | | 156.5 | 156.5 |
| JACLYN INC | 177303 | | | | | 74.2 | 74.2 |
| JAY FRANCO & SONS INC | 139303 | | | | | 69.5 | 69.5 |
| JAY GROUP LTD, THE | 902110 | | | | | 48.9 | 48.9 |
| JERI-JO KNITWEAR INC | 392605 | | | | | 41.2 | 41.2 |
| JERRY LEIGH ENTERTAINMENT | 180307 | | | | | 6.0 | 6.0 |
| JEWEL SOURCE INC | 57836 | | | | | 543.3 | 543.3 |
| JJ BASICS | 901947 | | | | | 66.5 | 66.5 |
| JLA HOME INC | 47902 | | | | | 49.2 | 49.2 |
| JUST FOR WRAPS INC | 750101 | | | | | 80.2 | 80.2 |
| K & M ASSOCIATES | 155002 | | | | | 43.2 | 43.2 |
| K BELL | 434001 | | | | | 129.8 | 129.8 |
| KANDY KISS OF CALIF INC | 411603 | | | | | 459.9 | 459.9 |
| KERISSA CREATIONS | 439901 | | | | | 138.1 | 138.1 |
| KIDS HEADQUARTERS INC | 367904 | | | | | 16.9 | 16.9 |
| KIDS WITH CHARACTER | 198309 | | | | | 161.2 | 161.2 |
| KIM & CAMI PRODUCTIONS | 45948 | | | | | 29.0 | 29.0 |
| KIZAN INT'L INC | 427609 | | | | | 196.4 | 196.4 |
| KJM ENTERPRISES INC | 146803 | | | | | 115.0 | 115.0 |
| KNITWORK PRODUCTIONS CORP | 382200 | | | | | 248.2 | 248.2 |
| KURT S ADLER INC | 69732 | | | | | 45.7 | 45.7 |
| KVDZ MFG LLC/KNITWORKS | 70972 | | | | | 16.1 | 16.1 |
| L INC DESIGN | 5012897 | | | | | 187.4 | 187.4 |
| LAHLOUH INC | 5013801 | | | | | 167.1 | 167.1 |
| LANE POWELL PC | | | | | | 4.5 | 4.5 |

1

"Post" Open Payables - Expense and Trade
As of August 31, 2011
(in 000's)

| Vendor | Vendor # | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|
| LEEWARD INT'L INC | 311112 | | | | | 22.5 | 22.5 |
| LEVI STRAUSS & CO | 447409 | | | | | 407.9 | 407.9 |
| LI & FUNG | 64493 | | | | | 83.8 | 83.8 |
| LIBERTY APPAREL | 902013 | | | | | 152.9 | 152.9 |
| LIFETIME BRANDS, INC | 319509 | | | | | 25.1 | 25.1 |
| LILY OF FRANCE INC | 451203 | | | | | 8.9 | 8.9 |
| LOLLY TOGS | 458000 | | | | | 12.4 | 12.4 |
| LP WATCH GROUP, THE | 900916 | | | | | 33.8 | 33.8 |
| LUCAS DESIGN INT'L INC | 61838 | | | | | 611.6 | 611.6 |
| LUCASINI CLASSICS INC | 901896 | | | | | 306.3 | 306.3 |
| M & G JEWELERS INC | 5342534 | | | | | 30.0 | 30.0 |
| M HIDARY CO INC | 258400 | | | | | 53.4 | 53.4 |
| MAIDENFORM INC | 472407 | | | | | 2.7 | 2.7 |
| MAIN KNITTING INC | 425306 | | | | | 190.5 | 190.5 |
| NAPLES INDUSTRIES | 232108 | | | | | 142.8 | 142.8 |
| MARKET TRACK, LLC | 5011637 | | | | | 20.0 | 20.0 |
| MARKETING DISPLAYS INT'L | 5001874 | | | | | 0.3 | 0.3 |
| MARKWINS INTL | 44214 | | | | | 184.1 | 184.1 |
| MARLA DELL TALENT AGENCY INC | 901303 | | | | | 0.8 | 0.8 |
| MARLBORO FOOTWORKS, LTD | 750290 | | | | | 0.3 | 0.3 |
| MARSALA MFG CO | 750083 | | | | | 147.1 | 147.1 |
| MASTERPIECE ART GALLERY | 54349 | | | | | 0.3 | 0.3 |
| MATTEL INC | 292904 | | | | | 36.7 | 36.7 |
| MCCUBBIN HOSIERY, INC | 900635 | | | | | 25.8 | 25.8 |
| MCG ARCHITECTURE | 900202 | | | | | 7.4 | 7.4 |
| MD FITTINGS | 59295 | | | | | 1.9 | 1.9 |
| MEDALOCATE USA,INC | 5010416 | | | | | 7.3 | 7.3 |
| MERIT DIAMOND CORPORATION | 146704 | | | | | 64.8 | 64.8 |
| MESSER IMPORT CORP - SG FOOTWEAR | 210807 | | | | | 78.1 | 78.1 |
| MEYE PRODUCTS GRP DBA MEYWORLD | 900852 | | | | | 15.3 | 15.3 |
| MGT INDUSTRIES INC | 750106 | | | | | 120.8 | 120.8 |
| MIA SHOES | 750180 | | | | | 29.0 | 29.0 |
| MICHAEL GERALD LTD | 207308 | | | | | 450.2 | 450.2 |
| MILLENNIUM APRL GROUP | 46334 | | | | | 37.8 | 37.8 |
| MILLENNIUM CREATIONS INC | 52225 | | | | | 8.3 | 8.3 |
| MJC SF LLC | 376400 | | | | | 113.8 | 113.8 |
| MODELS INC TALENT AGENCY | 5013928 | | | | | 2.2 | 2.2 |

"Post" Open Payables - Expense and Trade
As of August 31, 2011
(in 000's)

| Vendor | Vendor # | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|--------|----------|---------|------|-------|-------|---------|-------|
| MONDANI HANDBAGS & ACCESS INC | 249904 | | | | | 34.6 | 34.6 |
| MONTEREY CANYON | 401109 | | | | | 3.9 | 3.9 |
| MOORE WALLACE | 512912 | | | | | 87.9 | 87.9 |
| MORERA USAL&F/WHSELDP | 901642 | | | | | 37.0 | 37.0 |
| MSRF INC | 106401 | | | | | 81.3 | 81.3 |
| MYNK INC-SOSIK | 901807 | | | | | 114.1 | 114.1 |
| NATIONAL PRESTO INDUSTRIES | 443804 | | | | | 56.3 | 56.3 |
| NES JEWELRY | 901764 | | | | | 26.9 | 26.9 |
| NEUVILLE INDUSTRIES INC | 528703 | | | | | 14.1 | 14.1 |
| NEW BALANCE ATHLETIC SHOE I | 309807 | | | | | 145.4 | 145.4 |
| NEXT CREATIONS INC | 57927 | | | | | 14.7 | 14.7 |
| NEXT STEP GROUP | 901885 | | | | | 367.0 | 367.0 |
| NINE WEST ACCESSORIES | 165902 | | | | | 4.2 | 4.2 |
| NOTATIONS INC | 750126 | | | | | 170.9 | 170.9 |
| NUNN BUSH SHOE CO | 967505 | | | | | 29.5 | 29.5 |
| NYC KNITWEAR INC | 902069 | | | | | 174.6 | 174.6 |
| NYK LINE NA | 6437 | | | | | 10.3 | 10.3 |
| OLAES ENTERPRISES | 416206 | | | | | 43.0 | 43.0 |
| OLGA CO, THE | 540807 | | | | | 33.5 | 33.5 |
| OLIVET INTL INC | 35147 | | | | | 75.0 | 75.0 |
| ONE STEP UP | 542100 | | | | | 170.0 | 170.0 |
| ONEIDA LTD INC | 174904 | | | | | 7.1 | 7.1 |
| ONTEL PRODUCTS | 70292 | | | | | 26.9 | 26.9 |
| ORANGE CLOTHING CO | 901762 | | | | | 130.3 | 130.3 |
| ORION FASHIONS INC | 364703 | | | | | 166.6 | 166.6 |
| OVED APPAREL CORPORATION | 65375 | | | | | 120.0 | 120.0 |
| OXO INTERNATIONAL, LTD | 63545 | | | | | 35.2 | 35.2 |
| PACIFIC GOLD MKT INC | 221705 | | | | | 57.8 | 57.8 |
| PAJ INC DALLAS | 46367 | | | | | 14.5 | 14.5 |
| PANDELCO | 974204 | | | | | 232.9 | 232.9 |
| PARAMOUNT APPAREL LTD INC | 354506 | | | | | 43.1 | 43.1 |
| PEM-AMERICA INC | 44453 | | | | | 114.8 | 114.8 |
| PHOTOCRAFT, INC | 901643 | | | | | 25.1 | 25.1 |
| PICO IMPORTS CORP | 901656 | | | | | 13.4 | 13.4 |
| POLITICAL SOLUTIONS INC | 902048 | | | | | 20.0 | 20.0 |
| POMEROY COLLECTION, THE | 49734 | | | | | 0.9 | 0.9 |
| PONY INTL LLC | 900263 | | | | | 176.5 | 176.5 |

| Vendor | Vendor # | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|
| PRESTIGE HOME TEXTILES IN | 59827 | | | | | 127.1 | 127.1 |
| PROPET USA INC | 901607 | | | | | 20.6 | 20.6 |
| R.G. BARRY CORP | 593409 | | | | | 238.1 | 238.1 |
| RAIN BEAU | 750064 | | | | | 104.1 | 104.1 |
| RALSEY GROUP LTD | 436006 | | | | | 215.7 | 215.7 |
| RANDA CORP | 589705 | | | | | 102.4 | 102.4 |
| REALITEE CLOTHING CO INC | 901462 | | | | | 48.0 | 48.0 |
| REILLY OLMES | 71175 | | | | | 298.8 | 298.8 |
| RENE BARGUERAS INC | 375709 | | | | | 66.5 | 66.5 |
| RENFRO CORPORATION | 204305 | | | | | 1.2 | 1.2 |
| REQUIREMENTS | 235903 | | | | | 96.3 | 96.3 |
| RESOURCES GLOBAL | 5012430 | | | | | 13.2 | 13.2 |
| REVISE CLOTHING | 63974 | | | | | 43.3 | 43.3 |
| RGA LEATHERWORKS INC | 43158 | | | | | 38.2 | 38.2 |
| ROBERT HALF MGMT RESOURCES | 5410679 | | | | | 16.8 | 16.8 |
| ROBINSON MFG CO INC | 606707 | | | | | 26.8 | 26.8 |
| ROGER GMT LLC DBA STOOSH | 68767 | | | | | 6.0 | 6.0 |
| RR DONNELLEY RECEIVABLES | 5635830 | | | | | 656.0 | 656.0 |
| RUME INTERACTIVE CORP | 5013771 | | | | | 7.4 | 7.4 |
| RUNWAY GLOBAL LTD | 900030 | | | | | 119.0 | 119.0 |
| RUSSELL CORP | 103200 | | | | | 193.3 | 193.3 |
| RYAN AND JANE | 900566 | | | | | 8.5 | 8.5 |
| SACRAMENTO COUNTY | 5011596 | | | | | 0.2 | 0.2 |
| SAG HARBOR SPORTSWEAR | 236109 | | | | | 129.0 | 129.0 |
| SAMUEL AARON INT'L | 426603 | | | | | 75.5 | 75.5 |
| SAN FRANCISCO PATROL | 900659 | | | | | 12.3 | 12.3 |
| SAN RAFAEL POLICE DEPT | 504283 | | | | | 0.1 | 0.1 |
| SANDBOX INC | 5226836 | | | | | 7.2 | 7.2 |
| SANTANA SHOES A DIV OF DYNASTY | 750204 | | | | | 241.9 | 241.9 |
| SARAMAX APPAREL GRP INC | 310003 | | | | | 55.5 | 55.5 |
| SBH INTIMATES | 46508 | | | | | 81.0 | 81.0 |
| SCULLY DISTRIBUTION SRVS, INC | 900570 | | | | | 53.3 | 53.3 |
| SEAGROSS TRADING INC | 750183 | | | | | 8.8 | 8.8 |
| SECRET FASHION INC | 48615 | | | | | 59.5 | 59.5 |
| SELECT DISTRIBUTION | 902076 | | | | | 19.1 | 19.1 |
| SELF ESTEEM | 900095 | | | | | 6.9 | 6.9 |
| SEVEN APPAREL GROUP INC | 9021111 | | | | | 149.3 | 149.3 |

"Post" Open Payables - Expense and Trade
As of August 31, 2011
(in 000's)

| Vendor | Vendor # | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|
| SEVEN7 JEANS | 70863 | | | | | 44.1 | 44.1 |
| SEVILLE MARKETING CO INC | 750062 | | | | | 217.5 | 217.5 |
| SG FOOTWEAR COMPANY | 229708 | | | | | 7.8 | 7.8 |
| SHANDIZ LINGERIE | 320607 | | | | | 36.8 | 36.8 |
| SHEDRAIN CORP | 639005 | | | | | 6.1 | 6.1 |
| SHONFELD'S USA | 493038 | | | | | 17.6 | 17.6 |
| SIDNEY RICH ASSOCIATES, INC. | 750156 | | | | | 1.1 | 1.1 |
| SILK ICON | 71167 | | | | | 179.6 | 179.6 |
| SOFT-TEX | 900937 | | | | | 38.3 | 38.3 |
| SOUND 80 INC | 5381011 | | | | | 6.3 | 6.3 |
| SOURCELINK, LLC | 900405 | | | | | 10.0 | 10.0 |
| SOURCING NETWORK SALES | 900115 | | | | | 201.5 | 201.5 |
| SOUTH SUN PRODUCTS INC | 351304 | | | | | 99.6 | 99.6 |
| SOUTHWESTERN PACKAGING CO | 900775 | | | | | 0.9 | 0.9 |
| ST MINICAB CORP | 5273036 | | | | | 0.0 | 0.0 |
| STANDING O INC | 902028 | | | | | 41.3 | 41.3 |
| STARGATE APPAREL INC | 47175 | | | | | 41.0 | 41.0 |
| STERLING | 902070 | | | | | 34.8 | 34.8 |
| STEVE MADDEN | 69708 | | | | | 146.2 | 146.2 |
| STEVES | 900136 | | | | | 39.9 | 39.9 |
| STONY APPAREL CORP | 428805 | | | | | 57.4 | 57.4 |
| STRIDE RITE CORP THE | 271502 | | | | | 42.1 | 42.1 |
| SUNHAM HOME FASHIONS | 403006 | | | | | 28.4 | 28.4 |
| SUNSTONE INC | 187401 | | | | | 85.0 | 85.0 |
| SUPREME INT'L CORP | 195008 | | | | | 68.7 | 68.7 |
| SUTTON-GREAT CHINA | 334904 | | | | | 29.0 | 29.0 |
| SYNCLAIRE BRANDS INC | 902199 | | | | | 1.5 | 1.5 |
| T D P DESIGN INC | 434605 | | | | | 34.4 | 34.4 |
| TANTRUM APPAREL LLC | 60582 | | | | | 38.0 | 38.0 |
| TANYA CREATIONS INC | 199505 | | | | | 113.6 | 113.6 |
| TEAK LLC | 5013401 | | | | | 134.2 | 134.2 |
| TELEBRANDS CORP | 436501 | | | | | 0.2 | 0.2 |
| T-FAL WEAREVER | 276105 | | | | | 120.2 | 120.2 |
| T-FAL WEAREVER | 409805 | | | | | 72.1 | 72.1 |
| TITANIUM MARKETING INC | 902135 | | | | | 18.1 | 18.1 |
| TKO-EVOLUTION | 70862 | | | | | 51.6 | 51.6 |
| TOP HEAVY CLOTHING CO | 376500 | | | | | 30.8 | 30.8 |

"Post" Open Payables - Expense and Trade
As of August 31, 2011
(in 000's)

| Vendor | Vendor # | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|
| TOPSON DOWNS OF CALIF INC | 365107 | | | | | 2.9 | 2.9 |
| TOTAL KIDS WEAR | 900850 | | | | | 16.6 | 16.6 |
| TOTES ISOTONER CORP | 705700 | | | | | 237.6 | 237.6 |
| TOWNLEY INC | 152504 | | | | | 203.3 | 203.3 |
| TRI COASTAL DESIGN | 2619099 | | | | | 57.0 | 57.0 |
| TRIFARI KRUSSMAN & FISHEL | 215301 | | | | | 32.1 | 32.1 |
| TRUSONIC INC ASM | 5012571 | | | | | 15.1 | 15.1 |
| TURN ON PRODUCTS INC | 194803 | | | | | 19.2 | 19.2 |
| TWEEL HOME FURNISHINGS | 36145 | | | | | 99.7 | 99.7 |
| TWO LIPS SHOE CO | 901796 | | | | | 3.3 | 3.3 |
| ULINE INC | 5245107 | | | | | 13.8 | 13.8 |
| ULTIMATE MERCHANDISING CO | 69203 | | | | | 77.9 | 77.9 |
| UNITY COURIER SERVICE | 901661 | | | | | 22.7 | 22.7 |
| UNIVERSITY OF CALIFORNIA | 5011417 | | | | | 0.2 | 0.2 |
| UPS | 5014045 | | | | | 0.0 | 0.0 |
| USPS ACCESSORIES LLC | 50450 | | | | | 146.0 | 146.0 |
| VANDALE IND INC | 42894 | | | | | 6.8 | 6.8 |
| VANITY FAIR MILLS INC | 721803 | | | | | 18.9 | 18.9 |
| VANS INC | 234005 | | | | | 4.1 | 4.1 |
| VERIZON CALIFORNIA | 5013869 | | | | | 12.2 | 12.2 |
| VERIZON ONLINE | 901014 | | | | | 0.1 | 0.1 |
| VESTURE GROUP INC SUGAR CALIF | 900757 | | | | | 0.4 | 0.4 |
| VIDA SHOES INT'L INC | 410704 | | | | | 339.2 | 339.2 |
| VIESTE CREATIONS | 138701 | | | | | 109.0 | 109.0 |
| WARNER'S | 731208 | | | | | 242.7 | 242.7 |
| WATERBURY GARMENT LLC | 731901 | | | | | 1.1 | 1.1 |
| WEAR ME APPAREL CORP | 732800 | | | | | 10.3 | 10.3 |
| WEE KIDS / TRIMFOOT CO | 733208 | | | | | 86.0 | 86.0 |
| WESTPOINT HOME INC | 736801 | | | | | 153.1 | 153.1 |
| WICKED FASHIONS | 69849 | | | | | 1,350.5 | 1,350.5 |
| WIESNER PRODUCTS INC | 91009 | | | | | 71.2 | 71.2 |
| WM INLAND ADJACENT, LLC | 902209 | | | | | 60.2 | 60.2 |
| XEROX CORP (PASADENA) | 5354802 | | | | | 101.1 | 101.1 |
| YESIM NORTH AMERICA LLC | 901528 | | | | | 187.9 | 187.9 |
| ZENOBIA AGENCY INC | 5464767 | | | | | 9.7 | 9.7 |
| **Subtotal** | | **-** | **-** | **-** | **-** | **36,938.3** | **36,938.3** |
| AP Import In-Transit Inventory | | 3,000.0 | | | | | 3,000.0 |

**Mervyns**
**Case Number 08-11586**

"Post" Open Payables - Expense and Trade
As of August 31, 2011
(in 000's)

| Vendor | Vendor # | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|---|
| Disbursements EP | | 398.2 | | | | | 398.2 |
| Merchandise Received Not Invoiced | | 454.4 | - | - | - | - | 454.4 |
| Other | | 2,910.4 | - | - | - | - | 2,910.4 |
| Total | | 6,763.0 | - | - | - | 36,938.3 | 43,701.2 |

# Mervyn's
## Case Number 08-11586

**Accounts Receivable Reconciliation and Aging; Debtors Questionnaire**

As of August 31, 2011

(in 000's)

## AR Reconciliation & Aging:

**Aging**

| | **Amount** |
|---|---|
| 0 - 30 Days Old | - |
| 31 - 60 Days Old | - |
| 61 - 90 Days Old | - |
| 91+ Days Old | - |
| **Total Accounts Receivable** | - |

## Debtor Questionnaire:

| | | |
|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business in this reporting period? | No |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | No |
| 3 | Have all postpetition tax returns been timely filed? | Yes |
| 4 | Are workers compensation, general liability and other necessary insurance coverage in effect? | Yes |
| 5 | Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). | No |