# United States Bankruptcy Court
## District of Delaware

In re Mervyn's Holdings, LLC, et al.   Case No. 08-11586
Jointly Administered

Chapter 11

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Haggar Clothing Co.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Current Address of Transferee | Name and Current Address of Transferor |
| Contrarian Funds, LLC<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attention: Alisa Mumola<br>Telephone: 203-862-8211<br>Email: amumola@contrariancapital.com | Haggar Clothing Co.<br>Attn: Toni Dunlap, Sr. Credit, A/R Manager<br>11511 Luna Road<br>Dallas, TX 75234 |

**Claim No. 399 in the allowed amount of $537,467.60**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____   Date: _____October 17, 2011_____
  Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

HAGGAR CLOTHING CO., its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated September 9, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (claim no. 399) (the "Claim"), in the amount of $537,467.62, against Mervyn's Holdings, LLC. et al., (the "Debtor") in the bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware, case no. 08-11586 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 9 day of September 2011.

(Assignor)
HAGGAR CLOTHING CO.

By: _____
Name: Kren Niekanhcke
Title: Director Treasury

(Assignor)
WITNESS:

By: _____
Name: Ann M. Williams
Title: Controller

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER